IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| NOLEF TURNS, INC., et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 3:23-cv-232-JAG |
| GLENN YOUNGKIN, Governor of Virginia, in his official capacity, et al., | ) |
| Defendants. | ) |

**DEFENDANTS' NOTICE REGARDING PLAINTIFF GEORGE HAWKINS**

Today, October 4, 2023, counsel for Defendants learned that George Hawkins's application for re-enfranchisement has been deemed "ineligible at this time."

Dated: October 4, 2023

Respectfully submitted,

GLENN YOUNGKIN
KELLY GEE

By: ___/s/ Steven G. Popps___
Andrew N. Ferguson (VSB #86583)
 *Solicitor General*

Jason S. Miyares
 *Attorney General*

Erika L. Maley (VSB #97533)
 *Principal Deputy Solicitor General*

Steven G. Popps (VSB #80817)
 *Deputy Attorney General*

Kevin M. Gallagher (VSB #87548)
 *Deputy Solicitor General*

Travis S. Andrews (VSB #90520)
 *Assistant Attorney General*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-2071 – Telephone
(804) 786-1991 – Facsimile
AFerguson@oag.state.va.us

Charles J. Cooper (*Pro Hac Vice*)
Haley N. Proctor (VSB #84272)
Joseph O. Masterman (*Pro Hac Vice*)
John D. Ramer (*Pro Hac Vice*)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.

1

Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
ccooper@cooperkirk.com

*Counsel for Defendants Glenn Youngkin and Kelly Gee*

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on October 4, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties of record.

                                                    */s/ Steven G. Popps*
                                                    Steven G. Popps (VSB #80817)