

EXHIBIT A

## Restoration of Rights

Restoration of Rights Process
Resources for Returning Citizens
Frequently Asked Questions
Testimonials

## Site Resources

Website Feedback
Web Privacy Policy
FOIA
Accessibility
Site Map

**Translation Disclaimer**

## Stay Connected

Restoration of Rights
P.O. Box 2454
Richmond, VA 23218
804-786-2211
Email the Secretariat