

**What if I was convicted in another state and now reside in Virginia?**

Please contact our office at 804-692-0104

**What if I was convicted in Virginia and now live in another state?**

Your rights can be restored by the Governor of Virginia. Click here to contact our office to have your rights restored.

**What about my firearms rights?**

The Governor does not have the authority to restore firearms rights. Contact your local circuit court for information about restoration of firearms rights.

Again, this action does not restore the right to ship, transport, possess or receive firearms, which must be restored by a court in accordance with Va. Code §18.2-308.2. If you were convicted in Virginia Circuit Court, you must petition the circuit court in the jurisdiction where you reside to regain state firearms privileges. For out-of-state or federal felony convictions, you must petition the court of conviction to regain firearm privileges.

**What if I am not a United States citizen?**

Noncitizens are not eligible to vote, serve on a jury or run for office, but may be eligible to serve as a notary public. Contact our office at 804-692-0104 to have your rights restored.

**What is restoration of rights?**

Anyone convicted of a felony in Virginia automatically loses their civil rights - the right to vote, serve on a jury, run for office, become a notary public and carry a firearm. The Constitution of Virginia gives the Governor the sole discretion to restore civil rights, not including firearm rights.

**How do I contact the office?**

If you would like to request your rights be restored, please use the online portal to submit your information by clicking here.

If you have any problems or questions, you may contact our office by email at rormail@governor.virginia.gov or phone at 804-692-0104.

Restoration of Rights            Site Resources            Stay Connected



Restoration of Rights Process
Resources for Returning Citizens
Frequently Asked Questions
Testimonials

Website Feedback
Web Privacy Policy
FOIA
Accessibility
Site Map

Restoration of Rights
P.O. Box 2454
Richmond, VA 23218
804-786-2211
Email the Secretariat

Translation Disclaimer