

## Restoration of Rights Process

Home / Restoration of Rights Process

### Restoration of Rights Process

- An individual is eligible to apply to have his/her rights restored by the Governor if he/she has been convicted of a felony and is no longer incarcerated.
- Individuals who would like to have their civil rights restored are encouraged to contact the Secretary of the Commonwealth (SOC) through the website.
- The SOC works with other various state agencies to consider who may be eligible to have their rights restored.
- All individuals, who apply to have their rights restored, will be thoroughly reviewed by the SOC, including checking their records with various state agencies to ensure the individual meets the Governor's standards for restoration of rights.
- Upon the Governor's approval, SOC will issue personalized restoration orders to individuals.

### Are your rights restored?

Anyone convicted of a felony in Virginia automatically loses their civil rights - the right to vote, serve on a jury, run for office, become a notary public and carry a firearm. The Constitution of Virginia gives the Governor the sole discretion to restore civil rights, not including firearm rights. Individuals seeking restoration of their civil rights are encouraged to contact the Secretary of the Commonwealth's office.

**Check the Status of Your Civil Rights**

**Request Your Rights Be Restored**

Printable Contact Form

**EXHIBIT C**

