**Governor of Virginia**
An official website   Here's how you know

  Find a Commonwealth Resource





EXHIBIT E



**For Immediate Release:** September 29, 2023

**Contacts:** Office of the Governor: Christian Martinez, Christian.Martinez@governor.virginia.gov

# Governor Glenn Youngkin Announces Additional Administration and Board Appointments

**RICHMOND, VA –** Governor Glenn Youngkin today announced additional key administration and board appointments.

# ADMINISTRATION APPOINTMENTS

## OFFICE OF THE GOVERNOR

- **Nicole Butler,** Assistant Deputy Chief of Staff

- **Gillian "Gigi" Aiken,** Confidential Special Assistant

## LABOR

- **Carrie Roth,** Director, Department of Workforce Development and Advancement

- **The Honorable Kathy Byron,** Deputy Director for External Affairs, Department of Workforce Development and Advancement

- **Demetrios "Mitch" Melis,** Commissioner, Virginia Employment Commission

- **Kishore Thota,** *Director, Department of Professional and Occupational Regulation*

### NATURAL AND HISTORIC RESOURCES

- **The Honorable John Cosgrove,** *Deputy Commissioner, Virginia Marine Resources Commission*

### BOARD APPOINTMENTS

### AGRICULTURE AND FORESTRY

### CHARITABLE GAMING BOARD

- **The Honorable Dirksen Compton** *of Pulaski County, Member, Board of Supervisors-Draper District, Pulaski County*

- **Anthony C. Williams** *of Petersburg, City Attorney, City of Petersburg*

## MILK COMMISSION

- **Kevin Craun** *of Bridgewater, Owner and Manager, Hillview Farm, Inc.*

- **Robert Watters** *of Great Falls, Managing Partner, The Madison Group LLC*

## VIRGINIA BOARD OF FORESTRY

- **Andrew Brown** *of Appomattox, Environmental Manager, Weyerhaeuser*

- **William Godwin** *of Franklin, Forester, Franklin Lumber, LLC*

- **Scott Shallenberger** o*f Concord, Area Procurement Manager, WestRock*

## WINE BOARD

- **Kerem Baki** *of Purcellville, Owner and Winemaker, Hillsborough Winery, Brewery, and*

*Vineyard*

## AUTHORITY

### VIRGINIA SOLAR ENERGY DEVELOPMENT AND ENERGY STORAGE AUTHORITY

- **Robert Birdsey** *of Richmond, Managing Director, Green Front Energy*

## COMMERCE AND TRADE

### VIRGINIA SMALL BUSINESS FINANCING AUTHORITY

- **Vanitha Khera** *of Mclean, Executive Director, Khera Charitable Fund*

## COMMONWEALTH

### VIRGINIA ASIAN ADVISORY BOARD

- **Tony O. Yeh** *of Vienna, Real Estate Broker, United Realty, Inc.*

## COMPACT

### WASHINGTON METRORAIL SAFETY COMMISSION

- **Jennifer DeBruhl** *of Hanover, Director, Virginia Department of Rail and Public Transportation*

## EDUCATION

### BOARD OF TRUSTEES OF THE JAMESTOWN-YORKTOWN FOUNDATION

- **Leslie Sanchez** *of Alexandria, Founder and CEO, Impacto Group Media*

### BOARD OF TRUSTEES OF THE SOUTHWEST VIRGINIA HIGHER EDUCATION CENTER

- **April Hamby Crabtree** *of Abingdon, Small Business Owner and Educator*

## BOARD OF TRUSTEES OF THE VIRGINIA MUSEUM OF FINE ARTS

- **Loran Brueggen** *of Alexandria, Principal, Metropolitan Consulting*

- **Emily Franklin** *of Virginia Beach, Creative Designer, Emily Franklin Designs*

- **Dr. Pamela Royal** *of Richmond, President, Royal Dermatology*

- **Christina Shin** *of McLean, Managing Partner, Rowe Weinstein & Sohn, PLLC*

## BOARD OF VISITORS OF JAMES MADISON UNIVERSITY

- **Jeff Bolander** *of McGaheysville, Lieutenant Colonel, US Marine Corps (retired)*

### VIRGINIA COMMISSION FOR THE ARTS

- **Vanessa Thaxton-Ward, Ph.D.**, *of Hampton, Director, Hampton University Museum*

## FINANCE

### ADVISORY COUNCIL ON REVENUE ESTIMATES

- **Shane McCullar** *of Alexandria, CEO and Operating Principle, KW Metro Center*

## HEALTH AND HUMAN RESOURCES

### ADVISORY BOARD ON SERVICE AND VOLUNTEERISM

- **Jason Ascher** *of Arlington, Political Director, Mid-Atlantic Pipe Trades Association*

- **Shane Roberts-Thomas** *of Richmond, Co-owner, Morse Group Corporation (DBA Southern Kitchen)*

- **Elizabeth L. Schultz** *of Richmond, Assistant State Superintendent of Public Instruction, Virginia Department of Education*

### BOARD OF DENTISTRY

- **J. Michael Martinez de Andino** *of Henrico, Senior Counsel (Retired), Hunton Andrews Kurth LLP*

- **Jennifer Szakaly, JD, DDS,** *of Isle of Wight County, Isle of Wight Family and Cosmetic Dentistry, PC (DBA Isle Dentistry)*

### RENAL DISEASE COUNCIL

- **Dr. Stephen Anderson** *of Forest, Owner and Pharmacist, Halifax Pharmacy*

- **Jennifer Jones** *of Chesterfield, Resilience Practitioner, J.L. Jones Consulting, L.L.C., Executive Board of Directors, American Association of Kidney Patients*

- **Dr. Kinjal R. Patel** *of Lorton, Physician, Virginia Nephrology Group*

- **Anthony Reed** *of Stuarts Draft, CEO, Kidney Trails*

**STATE EMERGENCY MEDICAL SERVICES ADVISORY BOARD**

- **Dr. Rebecca Branch-Griffin** *of Chesterfield County, Retired Director of Health/Counseling Services, Virginia State University*

- **Brian Frankel** *of Fredericksburg, Deputy Chief of EMS, Stafford County Fire and Rescue Department*

- **Robert E. Lipscomb, Jr.,** *of Lynchburg, Retired Deputy Fire Chief, Lynchburg Fire Department*

- **Beth Matish** *of Henrico County, CEO, Johnston Willis Hospital.*

- **Dr. Patrick McLaughlin** *of Midlothian, Physician, VCU Health*

- **Matthew Rickman** *of Roanoke, Deputy Chief, City of Salem Fire-EMS Department*

- **Torie Smith** *of Palmer Springs, Flight Nurse, Duke Life Flight*

- **R. Bruce Stratton** *of Concord, Life Member & Hall of Fame Recipient, Virginia Association of Volunteer Rescue Squads Inc.*

**STATE EXECUTIVE COUNCIL FOR CHILDREN'S SERVICES**

- **Melvin Roy** *of Washington, D.C., Founder and CEO, Foster-U*

**LABOR**

**BOARD FOR ARCHITECTS, PROFESSIONAL ENGINEERS, LAND SURVEYORS, CERTIFIED INTERIOR DESIGNERS, AND LANDSCAPE ARCHITECTS**

- **The Honorable Susan P. Dibble** *of Glen Allen, Member, Board of Supervisors- South Anna District, Hanover County*

## BOARD FOR ASBESTOS, LEAD, AND HOME INSPECTORS

- **Tripp Costen** *of Henrico, President, Costen Floors*

- **Robert Shackford** *of Mechanicsville, Vice President, Paramount Builders, Inc.*

## BOARD FOR PROFESSIONAL SOIL SCIENTISTS, WETLAND PROFESSIONALS, AND GEOLOGISTS

- **Justin T. Brown** *of Glen Allen, Environmental Scientist, U.S. Army Corps of Engineers*

## BOARD FOR WATERWORKS AND WASTEWATER WORKS OPERATORS AND ONSITE SEWAGE SYSTEM PROFESSIONALS

- **Erica Duncan** *of Hanover, Assistant Division Director, Henrico County*

- **Caleb Taylor** *of Christiansburg, Executive Director, NRV Regional Water Authority*

**COMMON INTEREST COMMUNITY BOARD**

- **Deborah Mancoll Casey** *of Virginia Beach, Attorney, Principle and Vice Chair, Woods Rogers Vandeventer Black PLC*

# # #

---

[Return to top](#)



Select Language ▼

Governor.Virginia.gov

Virginia.gov

**Privacy Policy**

**Translation Disclaimer**

**FOIA**

**Contact**