

**Governor of Virginia**
An official website    Here's how you know

 Find a Commonwealth Resource





EXHIBIT
F



**For Immediate Release:** October 13, 2023

**Contacts:** Office of the Governor: Christian Martinez, Christian.Martinez@governor.virginia.gov

# Governor Glenn Youngkin Announces Additional Administration and Board Appointments

**RICHMOND, VA –** Governor Glenn Youngkin today announced additional key administration and board appointments.

## ADMINISTRATION APPOINTMENTS

## OFFICE OF THE GOVERNOR

- **George "Elliott" Guffin,** *Director of Federal Affairs*

## AGRICULTURE AND FORESTRY

- **Virginia "Josie" Roe,** *Special Assistant*

## LABOR

- **The Honorable Angela Kelly-Wiecek,** *Chief Deputy Director, Department of Workforce Development and Advancement*

## NATURAL AND HISTORIC RESOURCES

- **Stefanie Taillon,** *Deputy Secretary*

## TRANSFORMATION

- **Brian Kelley,** *Transformation Associate*

## BOARD APPOINTMENTS

## ADMINISTRATION

## MODELING AND SIMULATION ADVISORY COUNCIL

- **Tracy Gregorio** *of Virginia Beach, CEO, G2 Ops, Inc*

## VIRGINIA DATA ADVISORY COMMISSION

- **Keith Costello** *of Rocky Gap, Professor, Wytheville Community College*

- **David Robinson** *of Richmond, Systems Engineering Manager, HawkEye 360*

## COMPACTS

### ATLANTIC STATES MARINE FISHERIES COMMISSION

- **The Honorable Bill DeSteph** *of Virginia Beach, Senator, 8th District, Senate of Virginia*

## COMMERCE AND TRADE

### SOUTHWEST VIRGINIA CULTURAL HERITAGE FOUNDATION

- **Sharon Buchanan** *of Cleveland, Southwest Region Manager, Virginia State Parks*

- **Kevin Byrd** *of Blacksburg, Executive Director, New River Valley Regional Commission*

- **The Honorable Saul Hernandez** *of Washington County, Vice President of IT, Food City*

- **Joshua Hess** *of Christiansburg, District Director, Congressman H. Morgan Griffith (VA-09)*

- **Julie Steele** *of Stuart, Director, Reynolds Homestead*

## EDUCATION

### BOARD OF TRUSTEES OF THE VIRGINIA MUSEUM OF FINE ARTS

- **Whitney Murphy** *of Charlottesville, community volunteer*

- **Amanda Qreitem** *of Clifton, community volunteer*

## BOARD OF VISITORS OF THE VIRGINIA SCHOOL FOR THE DEAF AND BLIND

- **Scott C. Alleman** *of Fishersville, Attorney, The Alleman Law Group, PLC*

## HEALTH AND HUMAN RESOURCES

### BOARD FOR THE BLIND AND VISION IMPAIRED

- **J. Garren Shipley** *of Mechanicsville, Communications Director, Office of Speaker Todd Gilbert*

## BOARD OF COUNSELING

- **Nakeisha Gordon** *of Richmond, Licensed Professional Counselor, Mosaic Counseling Services*

## BOARD OF FUNERAL DIRECTORS AND EMBALMERS

- **Jason Graves** *of Chesapeake, Funeral Service Licensee, Graves Funeral Home*

- **Robert Slusser** *of Clifton Forge, Funeral Service Licensee, Nicely Funeral Home*

- **Eric Wray** *of Virginia Beach, President and CEO, E. Vaughn Wray Funeral Establishment*

## RENAL DISEASE COUNCIL

- **Sara Froelich** *of McLean, Vice President for Government Relations and Policy, Akebia Therapeutics*

## STATE EMERGENCY MEDICAL SERVICES BOARD

- **Melissa Meador** *of Orange, Director of Emergency Services, County of Greene*

## TASK FORCE ON SERVICES FOR SURVIVORS OF SEXUAL ASSAULT

- **Ashley Balcombe** *of Midlothian, Forensic Nurse Examiner, Bon Secours Violence Response Team*

- **Dr. Michele Laaksonen, LCP,** *of Accomack and Powhatan counties, Training and Development Coordinator Senior, Virginia Department of Corrections*

## VIRGINIA BOARD FOR PEOPLE WITH DISABILITIES

- **Conner Cummings** *of Fairfax, community volunteer, The Arc of Northern VA and Autism Society*

**LABOR**

**BOARD FOR ARCHITECTS, PROFESSIONAL ENGINEERS, LAND SURVEYORS, CERTIFIED INTERIOR DESIGNERS, AND LANDSCAPE ARCHITECTS**

- **Justina Vasquez** *of Yorktown, Planner/Scheduler II, NNSY*

**LEGISLATIVE**

**SMALL BUSINESS COMMISSION**

- **Giuseppe Lanzone** *of Great Falls, Co-Founder & Chief Executive Officer, Peruvian Brothers*

## PUBLIC SAFETY AND HOMELAND SECURITY

### ADVISORY COMMITTEE ON SEXUAL AND DOMESTIC VIOLENCE

- **Toni Zollicoffer** *of Fairfax County, Director of Domestic and Sexual Violence Services, Department of Family Services, Fairfax County Government*

### STATE BOARD OF LOCAL AND REGIONAL JAILS

- **Charles Carey** *of Spotsylvania County, Captain, Spotsylvania County Sheriff's Office*

### VETERANS AND DEFENSE AFFAIRS

### BOARD OF VETERANS SERVICES

- **Scott M. Davidson** *CPT. USA, RET of Loudoun County, Chief Executive Officer, The GCO Consulting Group*

## VETERANS SERVICES FOUNDATION BOARD OF TRUSTEES

- **Marc Andersen** *of Great Falls, businessman and philanthropist*

### VIRGINIA MILITARY ADVISORY COUNCIL

- **Justin William Freeh** *of Washington, D.C., President, SCATR Corp.*

# # #

[Return to top](#)



Select Language ▼

Governor.Virginia.gov

Virginia.gov

**Privacy Policy**

**Translation Disclaimer**

**FOIA**

**Contact**