UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| GEORGE HAWKINS )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>GLENN YOUNGKIN, in his official )<br>capacity as Governor of Virginia, and )<br>KELLY GEE, in her official )<br>capacity as Secretary of the Commonwealth )<br>of Virginia )<br>)<br>   Defendants. ) | Civil Action No. 3:23-cv-00232 |

**JOINT MOTION FOR LEAVE TO FILE JOINT STIPULATION OF UNDISPUTED FACTS OR, IN THE ALTERNATIVE, PLAINTIFF'S REQUEST FOR PAGE EXTENSION**

The parties respectfully move this Court for leave to file a Joint Stipulation of Undisputed Facts ("JSUF") in connection with their cross-motions for summary judgment due this Wednesday, February 14, 2024. Notwithstanding Local Civil Rule 56, the parties respectfully request that this Court grant them leave to file the JSUF and rely upon the undisputed facts contained therein in support of their cross-motions for summary judgment.

In the alternative, Plaintiff moves for leave to file a brief in support of his motion for summary judgment of no more than thirty-five (35) pages. Defendants do not oppose this request.

Dated: February 12, 2024

Respectfully submitted,

*/s/ Terry C. Frank*
Terry C. Frank, Esq. (VSB No. 74890)
TERRY FRANK LAW
6722 Patterson Ave., Ste. B
Richmond, VA 23226
P: 804.899.8090
F: 804.899.8229
terry@terryfranklaw.com

Fair Elections Center
1825 K St. NW, Suite 701
Washington, DC 20006
P: (202) 331-0114

Jonathan Lee Sherman, Esq.
(D.C. State Bar No. 998271)
jsherman@fairelectionscenter.org
*Admitted pro hac vice*

Michelle Elizabeth Kanter Cohen, Esq.
(D.C. State Bar No. 989164)
mkantercohen@fairelectionscenter.org
*Admitted pro hac vice*

Beauregard William Patterson, Esq.
(WI State Bar No. 1102842)
bpatterson@fairelectionscenter.org
*Admitted pro hac vice*

Nina G. Beck, Esq.
(WI State Bar No. 1079460)
nbeck@fairelectionscenter.org
*Admitted pro hac vice*

*Counsel for Plaintiff George Hawkins*

*/s/ Andrew N. Ferguson*
Andrew N. Ferguson (VSB #86583)
   *Solicitor General*

Jason S. Miyares
   *Attorney General*

Steven G. Popps (VSB #80817)
   *Deputy Attorney General*

Erika L. Maley (VSB #97533)
   *Principal Deputy Solicitor General*

Kevin M. Gallagher (VSB #87548)
   *Deputy Solicitor General*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-2071 – Telephone
(804) 786-1991 – Facsimile
AFerguson@oag.state.va.us

Charles J. Cooper (*Pro Hac Vice*)
Haley N. Proctor (VSB #84272)
Joseph O. Masterman (*Pro Hac Vice*)
John D. Ramer (*Pro Hac Vice*)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
ccooper@cooperkirk.com

*Counsel for Defendants Glenn Youngkin and Kelly Gee*