UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| GEORGE HAWKINS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 3:23-cv-00232 |
| GLENN YOUNGKIN, in his official | ) | |
| capacity as Governor of Virginia, and | ) | |
| KELLY GEE, in her official | ) | |
| capacity as Secretary of the Commonwealth | ) | |
| of Virginia | ) | |
| | ) | |
| Defendants. | ) | |

**PROPOSED ORDER REGARDING JOINT MOTION FOR LEAVE TO FILE JOINT STIPULATION OF UNDISPUTED FACTS OR, IN THE ALTERNATIVE, PLAINTIFF'S REQUEST FOR PAGE EXTENSION**

This Court GRANTS leave for the parties to file a Joint Stipulation of Undisputed Facts ("JSUF") in connection with their cross-motions for summary judgment due this Wednesday, February 14, 2024. Notwithstanding Local Civil Rule 56, the parties may rely upon the undisputed facts contained in the JSUF in support of their cross-motions for summary judgment and shall reference and incorporate by number the JSUF facts upon which they are relying in their respective memoranda. The parties may also include additional undisputed facts in their summary judgment briefs subject to the LCR 56 process. SO ORDERED.

DATED: February 12, 2024        _____