# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| GEORGE HAWKINS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 3:23-cv-00232 |
| GLENN YOUNGKIN, in his official ) | |
| capacity as Governor of Virginia, and ) | |
| KELLY GEE, in her official ) | |
| capacity as Secretary of the Commonwealth ) | |
| of Virginia ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM IN SUPPORT OF JOINT MOTION FOR LEAVE TO FILE JOINT STIPULATION OF UNDISPUTED FACTS OR, IN THE ALTERNATIVE, PLAINTIFF'S REQUEST FOR PAGE EXTENSION

The parties respectfully move this Court for leave to file a Joint Stipulation of Undisputed Facts ("JSUF") in connection with their cross-motions for summary judgment due this Wednesday, February 14, 2024. The parties have worked cooperatively on 9.5 pages of undisputed facts and believe that submitting these undisputed facts will facilitate judicial efficiency and avoid duplication of factual contentions between the parties' simultaneously filed cross-motions and supporting memoranda.

Local Civil Rule 56 requires the parties to list "all material facts as to which the moving party contends there is no genuine issue . . ." Notwithstanding LCR 56, the parties respectfully request that this Court grant them leave to file the JSUF and rely upon the undisputed facts contained therein in support of their cross-motions for summary judgment. Plaintiff and Defendants may differ somewhat on which facts in the JSUF are material to the resolution of this case and so will reference and incorporate by number the JSUF facts upon which they are relying.

Finally, the parties anticipate that they will also include additional undisputed facts in their summary judgment briefs subject to the LCR 56 process. A proposed order is attached to this Joint Motion as Exhibit A.

Though the parties believe this proposed JSUF will make the resolution of these cross-motions for summary judgment more efficient, if the Court denies this request, then, in the alternative, Plaintiff moves for leave to file a brief in support of his motion for summary judgment of no more than thirty-five (35) pages. Defendants do not oppose this request.

Dated: February 12, 2024

Respectfully submitted,

*/s/      Terry C. Frank*
Terry C. Frank, Esq. (VSB No. 74890)
TERRY FRANK LAW
6722 Patterson Ave., Ste. B
Richmond, VA 23226
P: 804.899.8090
F: 804.899.8229
terry@terryfranklaw.com

FAIR ELECTIONS CENTER
1825 K St. NW, Suite 701
Washington, DC 20006
P: (202) 331-0114

Jonathan Lee Sherman, Esq.
(D.C. State Bar No. 998271)
jsherman@fairelectionscenter.org
*Admitted pro hac vice*

Michelle Elizabeth Kanter Cohen, Esq.
(D.C. State Bar No. 989164)
mkantercohen@fairelectionscenter.org
*Admitted pro hac vice*

Beauregard William Patterson, Esq.
(WI State Bar No. 1102842)
bpatterson@fairelectionscenter.org
*Admitted pro hac vice*

Nina G. Beck, Esq.
(WI State Bar No. 1079460)
nbeck@fairelectionscenter.org
*Admitted pro hac vice*

*Counsel for Plaintiff George Hawkins*

*/s/ Andrew N. Ferguson*
Andrew N. Ferguson (VSB #86583)
   *Solicitor General*

Jason S. Miyares
   *Attorney General*

Steven G. Popps (VSB #80817)
   *Deputy Attorney General*

Erika L. Maley (VSB #97533)
   *Principal Deputy Solicitor General*

Kevin M. Gallagher (VSB #87548)
   *Deputy Solicitor General*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-2071 – Telephone
(804) 786-1991 – Facsimile
AFerguson@oag.state.va.us

Charles J. Cooper (*Pro Hac Vice*)
Haley N. Proctor (VSB #84272)
Joseph O. Masterman (*Pro Hac Vice*)
John D. Ramer (*Pro Hac Vice*)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
ccooper@cooperkirk.com

*Counsel for Defendants Glenn Youngkin and Kelly Gee*