IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GEORGE HAWKINS
        Plaintiffs,

v.                                                 Civil Action No. 3:23cv232

GLENN YOUNGKIN, in his official
Capacity as Governor of Virginia &
KELLY GEE, in her official
Capacity as Secretary of the
Commonwealth of Virginia,
        Defendants.

## ORDER

This matter comes before the Court on the parties' joint motion for leave to file a joint stipulation of undisputed facts "in connection with their cross-motions for summary judgment." (ECF No. 51, at 1.) Upon due consideration, the Court GRANTS the motion. (ECF No. 51.)

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 13 February 2024
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge