UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

GEORGE HAWKINS                             )
                                           )
              Plaintiffs,                   )
                                           )
v.                                          )
                                           )        Civil Action No. 3:23-cv-00232
GLENN YOUNGKIN, in this official            )
capacity as Governor of Virginia, and       )
KAY COLES JAMES, in her official            )
capacity as Secretary of the Commonwealth   )
of Virginia                                 )
                                           )
              Defendants.                    )
                                           )

## DECLARATION OF JONATHAN SHERMAN

I, Jonathan Sherman, being first duly sworn, under oath, hereby declares as follows:

1.      I am one of the attorneys representing Plaintiff George Hawkins in the above-captioned action. I make this Declaration on personal knowledge of the facts and circumstances set forth herein, and in support of Plaintiff's Motion for Summary Judgment.

2.      Attached as **Exhibit A** is a true and correct copy of Governor Youngkin's Responses to Plaintiffs' First Set of Interrogatories and Requests for Admission, dated October 25, 2023.

3.      Attached as **Exhibit B** is a true and correct copy of Governor Youngkin's Responses to Plaintiff's Second Set of Interrogatories, dated November 28, 2023.

4.      Attached as **Exhibit C** are true and correct copies of two letters of support from State Senator Bill DeSteph to the Hon. Kay Cole James on behalf of two rights restoration

1

applicants, both dated February 10, 2022, as produced by Defendants in discovery and Bates-labeled Hawkins_Def_001654-001655.

5.      Attached as **Exhibit D** is a true and correct copy of an email chain relating to a rights restoration applicant, dated November 8, 2022, as produced by Defendants in discovery and Bates-labeled Hawkins_Def_001678.

6.      Attached as **Exhibit E** is a true and correct copy of portions of Defendants' internal database showing information relating to rights restoration applications submitted between May 17, 2022 and January 22, 2024, as produced by Defendants in discovery and Bates-labeled Hawkins_Def_001660. The native, unredacted Excel spreadsheet produced at Hawkins_Def_001660 contains information on 7,414 applications for the restoration of rights. Because Defendants have designated the entirety of this exhibit "confidential" and/or "attorney's eyes only" and because Hawkins_Def_001660 includes applicants' personal identifying information, specifically applicants' names, Exhibit E is subject to a motion to seal filed contemporaneously herewith. Plaintiff seeks only to file a sealed, unredacted version of this spreadsheet. Due to the size of Exhibit E, Plaintiff submits to the Court a native, unredacted version of Exhibit E (Hawkins_Def_001660) via thumb drive.

7.      Attached as **Exhibit F** are true and correct copies of emails from individuals regarding their rights restoration applications, as produced by Defendants in discovery and Bates-labeled Hawkins_Def_001661-1662, 001663, 001664-1665, 001676, 001680, 001681-001685, 001686, 001687, 001699, 001700, 001701, and 001702.

8.      Attached as **Exhibit G** are true and correct copies of Governor Youngkin's press releases announcing the grant of restoration of rights, as produced by Defendants in discovery and Bates-labeled Hawkins_Def_000025-26.

2

9.     Attached as **Exhibit H** is a true and correct copy of the current Restoration of Rights application form used by Defendants, as produced by Defendants in discovery and Bates-labeled Hawkins_Def_000023.

10.     Attached as **Exhibit I** is a true and correct copy of a flowchart, as produced by Defendants in discovery and Bates-labeled Hawkins_Def_000018.

11.     Attached as **Exhibit J** is a true and correct copy of a letter from former Secretary of the Commonwealth Kay Coles James to Senator Lionel Spruill, dated March 22, 2023, as produced by Defendants in discovery and Bates-labeled Hawkins_Def_000084-85.

12.     Attached as **Exhibit K** is a true and correct copy of an email from John Cosgrove to Secretary of the Commonwealth Kelly Gee on behalf of a rights restoration applicant, dated December 11, 2023, as produced by Defendants in discovery and Bates-labeled Hawkins_Def_001658-1659.

13.     Attached as **Exhibit L** is a true and correct copy of an email from the Restoration of Rights Division to an applicant, as produced by Defendants in discovery and Bates-labeled Hawkins_Def_000058.

14.     Attached as **Exhibit M** is a true and correct copy of a letter from Virginia Deputy Attorney General Steven G. Popps to counsel for the NAACP, dated October 19, 2023, as produced by Defendants in discovery and Bates-labeled Hawkins_Def_000008-12.

15.     Attached as **Exhibit N** is a true and correct copy of an email regarding a Central Criminal Records Exchange request, as produced by Defendants in discovery and Bates-labeled Hawkins_Def_000047.

3

16.     Attached as **Exhibit O** are true and correct copies of screenshots of Defendants' internal database, as produced by Defendants in discovery and Bates-labeled Hawkins_Def_000663-669.

17.     Attached as **Exhibit P** are true and correct copies of emails between the Restoration of Rights Division staff and applicants, as produced by Defendants in discovery and Bates-labeled Hawkins_Def_001404-1405, 001580, and 001590.

18.     Attached as **Exhibit Q** are true and correct copies of emails and accompanying attachments between Restoration of Rights Division staff and various state agencies, as produced by Defendants in discovery and Bates-labeled Hawkins_Def_000644-653.

19.     Attached as **Exhibit R** is a true and correct copy of an email chain between the Restoration of Rights Division staff and an applicant, as produced by Defendants in discovery and Bates-labeled Hawkins_Def_000078-81.

20.     Attached as **Exhibit S** is a true and correct copy of an email chain between the Restoration of Rights Division staff and an applicant, as produced by Defendants in discovery and Bates-labeled Hawkins_Def_000060.

21.     Attached as **Exhibit T** are true and correct copies of screenshots of Defendants' internal database, as produced by Defendants in discovery and Bates-labeled Hawkins_Def_000677-683 and 000692-697.

22.     Attached as **Exhibit U** is a true and correct copy of a letter, dated December 9, 2022, from the Commonwealth of Virginia Department of Corrections regarding changes to the Restoration of Rights Form made by the Office of the Secretary of the Commonwealth, as produced by Defendants in discovery and Bates-labeled Hawkins_Def_000092-93.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __14th__ day of February, 2024.

/s/

Jon Sherman
Fair Elections Center

# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| GEORGE HAWKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:23-cv-232-JAG |
| | ) | |
| GLENN YOUNGKIN, Governor of Virginia, | ) | |
| in his official capacity, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## GOVERNOR YOUNGKIN'S RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR ADMISSION

Pursuant to Rules 26, 33, and 36 of the Federal Rules of Civil Procedure and Local Rule 26(C) of the U.S. District Court for the Eastern District of Virginia, Governor Youngkin, in his official capacity, submits the following responses to Plaintiffs' First Set of Interrogatories and Requests for Admission to Defendant Governor Glenn Youngkin. The Governor is providing these responses subject to, and without waiving, the objections he previously served on October 10, 2023. The Governor's responses do not waive his right to challenge the relevance, materiality, and admissibility of the information provided, or to object on any basis to the use of the information in any subsequent proceeding or trial. Because discovery has only just commenced, the Governor reserves the right to supplement, revise, correct, add to, or clarify his responses, or to rely upon additional or different information or contentions at any hearing, appellate proceeding, or trial in the action.

## RESPONSES TO REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:** Admit that You have total, absolute discretion in deciding to grant or deny an application for voting rights restoration.

1

**RESPONSE TO INTERROGATORY NO. 1:** Request for Admission No. 1 asked the Defendants to admit that they have "total, absolute discretion in deciding to grant or deny an application for voting rights restoration." Defendants denied this Request because, although Defendants exercise discretion in deciding whether to grant or deny applications for voting rights restoration, the phrase "total, absolute discretion" implies that Defendants' discretion is completely unbounded by any legal constraint. As explained in Response to Interrogatory No. 3, Defendants do not view their exercise of discretion to be completely free from any legal constraint.

**RESPONSE TO INTERROGATORY NO. 2:** Request for Admission No. 2 asked Defendants to admit they "do not use any criteria in deciding whether to grant or deny applications for voting rights restoration." Defendants denied this request because Defendants use multiple factors to guide their discretion in ultimately making a predictive determination that an individual will live as a responsible citizen and member of the political body. The application calls for information regarding the various factors that guide Defendants' exercise of their discretion to grant or deny applications for voting rights restoration. Specifically, the application requires applicants to declare whether they are U.S. citizens, whether they have been convicted of a violent crime and, if so, to provide the crime and date of conviction; whether they have completed serving all terms of their incarceration; whether they are currently on probation, parole, or other state supervision; and whether they have paid, or are currently paying, all fines, fees, and restitution. Before granting any application, Defendants also ensure the applicant is still alive. Apart from an applicant's death or citizenship status, the factors do not serve as bright-line rules that automatically result in either a grant or denial of a voting-restoration application. Instead, these factors are part of Defendants' holistic process to make a predictive judgment about whether an individual applicant can live as a responsible citizen and member of the political body.

3

**RESPONSE TO INTERROGATORY NO. 3:** Request for Admission No. 3 asked Defendants to admit "that there are no laws, rules, regulations, criteria, or any other legal constraint on Your discretion to grant or deny an application for voting rights restoration." As explained in Defendants' briefing in support of their motion to dismiss, their discretion is not free from all legal constraint. For example, if Defendants were exercising their discretion to invidiously discriminate on the basis of race or to intentionally discriminate on the basis of viewpoint, that conduct would be subject to constitutional constraints. Moreover, as explained in Defendants' Response to Interrogatory No. 2, Defendants use several factors — which could be labeled "criteria"— to guide the exercise of their discretion in granting or denying a voting-restoration application.

**RESPONSE TO INTERROGATORY NO. 4:** Because Request for Admission was not "denied in full or in part," no further response is required for Interrogatory No. 4.

## VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 25, 2023.

Jennifer Moon

Jennifer Moon
Deputy Secretary of the Commonwealth

4

Dated: October 25, 2023

Respectfully submitted,

GLENN YOUNGKIN

By:   /s/ Andrew N. Ferguson
      Andrew N. Ferguson (VSB #86583)
        *Solicitor General*

Jason S. Miyares
  *Attorney General*

Steven G. Popps (VSB #80817)
  *Deputy Attorney General*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-2071 – Telephone
(804) 786-1991 – Facsimile
AFerguson@oag.state.va.us

      Erika L. Maley (VSB #97533)
        *Principal Deputy Solicitor General*

      Kevin M. Gallagher (VSB #87548)
        *Deputy Solicitor General*

      Travis S. Andrews (VSB #90520)
        *Assistant Attorney General*

      Charles J. Cooper (*Pro Hac Vice*)
      Haley N. Proctor (VSB #84272)
      Joseph O. Masterman (*Pro Hac Vice*)
      John D. Ramer (*Pro Hac Vice*)
      COOPER & KIRK, PLLC
      1523 New Hampshire Avenue, N.W.
      Washington, D.C. 20036
      Tel: (202) 220-9600
      Fax: (202) 220-9601
      ccooper@cooperkirk.com

      *Counsel for Defendants Glenn Youngkin and Kelly Gee*

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on October 25, 2023, I served a copy of the above Objections

by electronic mail on the following party at the following addresses.

Counsel for Plaintiff George Hawkins

Terry Catherine Frank
Terry Frank Law
6722 Patterson Ave
Ste B
Richmond, VA 23226
terry@terryfranklaw.com

Beauregard William Patterson
Fair Elections Center (DC-NA)
1825 K. Street NW
Suite 701
Washington, DC 20006
bpatterson@fairelectionscenter.org

Charles Henry Schmidt, Jr.
4310 Dorset Road
Richmond, VA 23234
charlieschmidtrva@gmail.com

Jonathan Sherman
Fair Elections Center
1825 K St. NW
Suite 701
Washington, DC 20006
jsherman@fairelectionscenter.org


 */s/ Andrew N. Ferguson*
Andrew N. Ferguson (VSB #86583)
*Solicitor General*

# Exhibit B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| GEORGE HAWKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:23-cv-232-JAG |
| | ) | |
| GLENN YOUNGKIN, Governor of Virginia, | ) | |
| in his official capacity, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**GOVERNOR YOUNGKIN'S RESPONSES TO**
**PLAINTIFF'S SECOND SET OF INTERROGATORIES**

Pursuant to Rules 26, 33, and 36 of the Federal Rules of Civil Procedure and Local Rule 26(C) of the U.S. District Court for the Eastern District of Virginia, Governor Youngkin, in his official capacity, submits the following responses to Plaintiff's Second Set of Interrogatories to Defendant Governor Glenn Youngkin. The Governor is providing these responses subject to, and without waiving, the objections he previously served on November 9, 2023. The Governor's responses do not waive his right to challenge the relevance, materiality, and admissibility of the information provided, or to object on any basis to the use of the information in any subsequent proceeding or trial. Because discovery is ongoing, the Governor reserves the right to supplement, revise, correct, add to, or clarify his responses, or to rely upon additional or different information or contentions at any hearing, appellate proceeding, or trial in the action.

**RESPONSES TO INTERROGATORIES**

**INTERROGATORY NO. 1:** Please identify any and all Virginia-law constraints or limits on the Governor of Virginia's discretion to grant, deny, or take any other action on voting rights restoration applications.

**RESPONSE TO INTERROGATORY NO. 1:**  The Governor is prohibited by Virginia law from intentionally discriminating on the basis of suspect classifications or the exercise of fundamental rights, such as race, religion, sex, and viewpoint, when granting, denying, or taking any other action on voting-restoration applications. Moreover, the Governor must exercise his discretion on an individualized, case-by-case basis, as opposed to restoring voting rights in blanket fashion, consistent with the Virginia Supreme Court's decision in *Howell v. McAuliffe*, 292 Va. 320 (2016). And the Governor may not grant voting rights for individuals who do not satisfy the other voting qualifications set forth by Virginia law, such as age, citizenship status, and residency requirements. However, Virginia law does not otherwise constrain or limit the Governor's individualized discretion when deciding whether to grant a citizen's voting-restoration application.

In response to Plaintiff's First Set of Interrogatories, the Governor previously explained that "Defendants use multiple factors to guide their discretion in ultimately making a predictive judgment that an individual will live as a responsible citizen and member of the political body." *See* Gov. Youngkin's Resp. to Pls.' First Set of Interrogatories at 3. As the Governor explained, the factors are not "rules," *id.*, and thus do not impose any binding or otherwise enforceable legal constraint on the exercise of Defendants' discretion to restore a citizen's voting rights. Instead, the factors are considered as a matter of sound policy and merely help Defendants in their effort to make their ultimate "predictive judgment that an individual will live as a responsible citizen and member of the political body." *Id.* Defendants have the *legal* authority to ignore these factors in any particular case or to ignore them entirely. These factors do not "limit" or "constrain" the Governor's discretion in deciding whether to grant or deny any particular voting-restoration application. Thus, the ultimate decision determining the outcome of an individual's voting-restoration application—the predictive judgment regarding whether an applicant will live as a

responsible citizen and member of the political body—is committed to the Governor's discretion and is not subject to any legal constraint apart from those outlined above.

**INTERROGATORY NO. 2:**  Please identify any and all federal-law constraints or limits on the Governor of Virginia's discretion to grant, deny, or take any other action on voting rights restoration applications.

**RESPONSE TO INTERROGATORY NO. 2:**  The Governor is prohibited by federal law from intentionally discriminating on the basis of suspect classifications or the exercise of fundamental rights, such as race, religion, sex, and viewpoint, when granting, denying, or taking any other action on voting-rights restoration applications. However, federal law does not otherwise constrain or limit the Governor's individualized discretion when deciding whether to grant a citizen's voting-restoration application.

In response to Plaintiff's First Set of Interrogatories, the Governor previously explained that "Defendants use multiple factors to guide their discretion in ultimately making a predictive judgment that an individual will live as a responsible citizen and member of the political body." *See* Gov. Youngkin's Resp. to Pls.' First Set of Interrogatories at 3. As the Governor explained, the factors are not "rules," *id.*, and thus do not impose any binding or otherwise enforceable legal constraint on the exercise of Defendants' discretion to restore a citizen's voting rights. Instead, the factors are considered as a matter of sound policy and merely help Defendants in their effort to make their ultimate "predictive judgment that an individual will live as a responsible citizen and member of the political body." *Id.* Defendants have the *legal* authority to ignore these factors in any particular case or to ignore them entirely. These factors do not "limit" or "constrain" the Governor's discretion in deciding whether to grant or deny any particular voting-restoration application. Thus, the ultimate decision determining the outcome of an individual's voting-

3

restoration application the predictive judgment regarding whether an applicant will live as a responsible citizen and member of the political body is committed to the Governor's discretion and is not subject to any legal constraint apart from those outlined above.

**INTERROGATORY NO. 3:** Please identify any and all written or otherwise memorialized rules, policies, criteria, factors, or standards that constrain or limit the Governor of Virginia's discretion to grant, deny, or take any other action on voting rights restoration applications.

**RESPONSE TO INTERROGATORY NO. 3:** Apart from the legal constraints imposed by Virginia law and federal law as discussed in the Governor's responses to Interrogatories 1 and 2 above, there are no rules, criteria, factors, or standards that constrain or otherwise limit, as a matter of law, the Governor's discretion to grant, deny, or take any other action on citizens' voting rights restoration applications.

**INTERROGATORY NO. 4:** Please identify the number of voting rights restoration applications pending with the Governor of Virginia.

**RESPONSE TO INTERROGATORY NO. 4:** As of Tuesday, November 21, 2023, four-hundred and ninety (490) applications have been completed and are currently awaiting a decision.

## VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 28, 2023.

Jennifer Moon
Deputy Secretary of the Commonwealth

4

Dated: November 28, 2023

Respectfully submitted,

GLENN YOUNGKIN

By:   */s/ Andrew N. Ferguson*
　　　　Andrew N. Ferguson (VSB #86583)
　　　　　*Solicitor General*

Jason S. Miyares
　*Attorney General*

Steven G. Popps (VSB #80817)
　*Deputy Attorney General*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-2071 – Telephone
(804) 786-1991 – Facsimile
AFerguson@oag.state.va.us

　　　　Erika L. Maley (VSB #97533)
　　　　　*Principal Deputy Solicitor General*

　　　　Kevin M. Gallagher (VSB #87548)
　　　　　*Deputy Solicitor General*

　　　　Travis S. Andrews (VSB #90520)
　　　　　*Assistant Attorney General*

　　　　Charles J. Cooper (*Pro Hac Vice*)
　　　　Haley N. Proctor (VSB #84272)
　　　　Joseph O. Masterman (*Pro Hac Vice*)
　　　　John D. Ramer (*Pro Hac Vice*)
　　　　COOPER & KIRK, PLLC
　　　　1523 New Hampshire Avenue, N.W.
　　　　Washington, D.C. 20036
　　　　Tel: (202) 220-9600
　　　　Fax: (202) 220-9601
　　　　ccooper@cooperkirk.com

　　　　*Counsel for Defendants Glenn Youngkin and Kelly Gee*

5

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on November 28, 2023, I served a copy of the above

Objections by electronic mail on the following party at the following addresses.

Counsel for Plaintiff George Hawkins

Terry Catherine Frank
Terry Frank Law
6722 Patterson Ave
Ste B
Richmond, VA 23226
terry@terryfranklaw.com

Beauregard William Patterson
Fair Elections Center (DC-NA)
1825 K. Street NW
Suite 701
Washington, DC 20006
bpatterson@fairelectionscenter.org

Charles Henry Schmidt, Jr.
4310 Dorset Road
Richmond, VA 23234
charlieschmidtrva@gmail.com

Jonathan Sherman
Fair Elections Center
1825 K St. NW
Suite 701
Washington, DC 20006
jsherman@fairelectionscenter.org

  */s/ Andrew N. Ferguson*
Andrew N. Ferguson (VSB #86583)
*Solicitor General*

6

# Exhibit C

# SENATE OF VIRGINIA





February 10, 2022

The Honorable Kay Coles James
Secretary of the Commonwealth
Patrick Henry Building
1111 East Broad Street, 4th Floor
Richmond, VA 23219

Dear Secretary James:

It is my pleasure to write this letter on behalf of ███████, who is seeking the restoration of his rights. I am fortunate to know ███ both personally and professionally and can attest to his integrity and abilities. Diligent, honest, and always ready to help, ███ has a strong work-ethic and is driven to excel.

I have had the opportunity to know and work with many individuals – as a current member of the Virginia State Senate, a former member of the Virginia House of Delegates, a former city councilman, a business owner, and a veteran. I can say without reservation that ███ is a person of character, with strong ties to the community and a pledge to succeed.

███ is a great example of the American Dream and how hard work and perseverance will reap reward. He understands the value of redemption, and that with determination and commitment someone can turn their life around. He is a productive member of society who takes great pride in his profession. A ██████████████ is highly skilled, working for ████████████████████████████ over the years. He is an exemplary citizen.

I believe ███████ is an ideal candidate to have his rights restored. I would be happy to speak with you directly, should you have any questions or wish to discuss ███ further. Please do not hesitate to contact me at ████████████████████████.

Your consideration is greatly appreciated.

Warm regards,

Bill DeSteph

Bill DeSteph

# SENATE OF VIRGINIA





February 10, 2022

The Honorable Kay Coles James
Secretary of the Commonwealth
Patrick Henry Building
1111 East Broad Street, 4th Floor
Richmond, VA 23219

Dear Secretary James:

I write today on behalf of ████████████, who is seeking the restoration of his rights. I have known ██ both personally and professionally for many years and can attest to his abilities. ██ is hard-working, reliable, and trustworthy. I believe he is an excellent candidate to have his rights restored.

I have had the opportunity to know and work with many individuals – as a current member of the Virginia State Senate, a former member of the Virginia House of Delegates, a former city councilman, a business owner, and a veteran. I can say without reservation that ██ is a person of character, with strong ties to the community and a commitment to succeed.

██ is a great example of the American Dream and how hard work and perseverance will reap reward. He is a productive member of society. He shows up for work on time. He contributes to his community. And he is committed to a bright future. Is this not the basic tenet of our justice system? That those who pay their debt can reclaim their rights?

I would be happy to speak with you directly, should you have any questions or wish to discuss ██ further. Please do not hesitate to contact me at ████████████████████ ███████████.

Your consideration is greatly appreciated.

Warm regards,

Bill DeSteph

Bill DeSteph

# Exhibit D

## Moon, Jenna (GOV)

**From:** Lovings, Jennifer (GOV) <Jennifer.Lovings@governor.virginia.gov>
**Sent:** Thursday, November 17, 2022 3:49 PM
**To:** Restoration of Rights, Office of
**Subject:** ▮▮▮▮▮▮▮▮▮▮▮▮

Please respond to this constituent message on behalf of the Governor.
If a printed letter is sent in response, please send me a copy in .PDF format. If by e mail, please forward me a copy of the response.

Cabinet Comments:

Contact Information For ▮▮▮▮▮▮▮

Address:
▮▮▮▮▮▮▮▮▮
Newport News, VA 23602

Phone: ▮▮▮▮▮▮▮▮
Email: ▮▮▮▮▮▮▮▮▮

Email Created On:11/8/2022 12.32 AM
Email Subject Restoration of Rights
Constituent Email:
I am a life-long Republican voter who was recently released from incarceration. I have repeatedly attempted to advance my restoration of rights process using the Secretary of the Commonwealth's site only to have the website never proceed past the submit button. How can I submit the requested information and seek an expedited review? Please advise.

:

Attorney's Eyes Only

# Exhibit E

(Produced in Native, Hawkins_Def_001660)

# Exhibit F

**Moon, Jenna (GOV)**

| | |
|---|---|
| **From:** | Restoration of Rights, Office of <rormail@governor.virginia.gov> |
| **Sent:** | Monday, July 10, 2023 9:50 AM |
| **To:** | Moon, Jenna (GOV) |
| **Subject:** | FW: INELIGIBLE FOR RESTORAL OF RIGHTS ? |

Good Morning,

    I have been engaged in a back and forth with his gentleman since he was marked ineligible, forwarding to you.

Best,

**Restoration of Rights**
*Office of the Secretary of the Commonwealth*
*P.O. Box 2454*
*Richmond, VA 23218*
*804-692-0104*
*804-786-1418 (f)*
*rormail@governor.virginia.gov*

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮>
**Sent:** Saturday, July 8, 2023 12:45 PM
**To:** Restoration of Rights, Office of <rormail@governor.virginia.gov>
**Subject:** INELIGIBLE FOR RESTORAL OF RIGHTS ?

| **First Name** | **Last Name** | **Date of Birth** |
|---|---|---|
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |



Based off the information obtained by our office, you did not meet the eligibility requirements at the time you requested restoration of rights. Requirements may have changed from the date your application was closed. If you believe you meet the current requirements for restoration of rights, please contact our office at 804-692-0104.

  Please take note - A decision was rendered to claim INELIGIBILTY  for RESTORAL OF RIGHTS .
As a proportionate factor  to this whole thing - I understand and/or believe  that I could never be INELIGIBLE for RESTORAL OF RIGHTS .
I may not be APPROVED FOR RETORAL OF RIGHTS , but ELIGIBILTY to file for RESTORAL OF RIGHTS is always there .

The above part of this email is from your website database that shows decsions and what to do afterwards . Thus the reason for this email .

4

Attorney's Eyes Only    Hawkins_Def_001661

Further , I believe that I meet current requirements for restoration of rights - and need to know who can I appeal this DECSION RENDERED TO QUALIFY ME INELIGIBLE FOR RESTORATION OF RIGHTS .

Email me a response soon , so I can look into further exhaustion of legal remedies if it is apparent that im not be considered or decided on fairly/equally . Thank you in advance .

Attorney's Eyes Only                    Hawkins_Def_001662

## Moon, Jenna (GOV)

| | |
|---|---|
| **From:** | Restoration of Rights, Office of <rormail@governor.virginia.gov> |
| **Sent:** | Thursday, June 1, 2023 11:49 AM |
| **To:** | Fortune, Dianna (GOV) |
| **Subject:** | FW: RIGHTS RESTORAL STATUS |

**Restoration of Rights**
*Office of the Secretary of the Commonwealth*
*P.O. Box 2454*
*Richmond, VA 23218*
*804-692-0104*
*804-786-1418 (f)*
*rormail@governor.virginia.gov*

**From:**
**Sent:** Thursday, June 1, 2023 11:43 AM
**To:** Restoration of Rights, Office of <rormail@governor.virginia.gov>
**Subject:** RIGHTS RESTORAL STATUS

Hi , just checking my rights restoral .

Its been a few days shy of 7 months . God bless you .

9

Attorney's Eyes Only          Hawkins_Def_001663

**Moon, Jenna (GOV)**

| | |
|---|---|
| **From:** | Restoration of Rights, Office of <rormail@governor.virginia.gov> |
| **Sent:** | Wednesday, May 31, 2023 3:41 PM |
| **To:** | Fortune, Dianna (GOV) |
| **Subject:** | FW: RIGHTS |

*Restoration of Rights*
*Office of the Secretary of the Commonwealth*
*P.O. Box 2454*
*Richmond, VA 23218*
*804-692-0104*
*804-786-1418 (f)*
*rormail@governor.virginia.gov*

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Wednesday, May 31, 2023 11:10 AM
**To:** Restoration of Rights, Office of <rormail@governor.virginia.gov>
**Subject:** Re: RIGHTS

please let me know the status of my restoration of rights application about six and a half months ago. Thank you so much , God bless you

-----Original Message-----
From: Restoration of Rights, Office of <rormail@governor.virginia.gov>
To ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Sent: Tue, Apr 25, 2023 9:38 am
Subject: RE: RIGHTS

Good Morning,

Once research is received back, our office can go about restoring rights to granted individuals. Without the research denoting eligibility, our office cannot proceed. I was able to see your application was submitted 11/10/22. Under this administration, the RoR process is typically 5-7 months. Upon finalization, granted individuals will be notified via mail.

Best,

*Restoration of Rights*
*Office of the Secretary of the Commonwealth*
*P.O. Box 2454*
*Richmond, VA 23218*
*804-692-0104*

*804-786-1418 (f)*

*rormail@governor.virginia.gov*

13

Attorney's Eyes Only                    Hawkins_Def_001664

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Monday, April 24, 2023 4:20 PM
**To:** Restoration of Rights, Office of <rormail@governor.virginia.gov>
**Subject:** RIGHTS

My rights review should be completed now as I have been waiting for seven months . and I'm not in jail/prison and the only thing they need to review is the last felony conviction which was in July 2022 . Right being delayed is analogous to rights being denied.

I will not idly sit back and watch this in sufference. Is FREEDOM OF INFORMATION FILING best suited for this issue ?

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Thank you .

11

Attorney's Eyes Only

## Moon, Jenna (GOV)

| | |
|---|---|
| **From:** | Lovings, Jennifer (GOV) <Jennifer.Lovings@governor.virginia.gov> |
| **Sent:** | Monday, December 12, 2022 1:11 PM |
| **To:** | Restoration of Rights, Office of |
| **Subject:** | |

Please respond to this constituent message on behalf of the Governor.
If a printed letter is sent in response, please send me a copy in .PDF format. If by e-mail, please forward me a copy of the response.

Cabinet Comments:

Contact Information For:

Address:

BEDFORD, VA, Virginia 24523

Phone:
Email:

Email Created On:12/2/2022 2:43 PM
Email Subject:Restoration of Civil Rights
Constituent Email
I have applied to get my civil rights restored. It has been a couple of months and I have not heard anything from you.

1

Attorney's Eyes Only Hawkins_Def_001676

## Moon, Jenna (GOV)

| | |
|---|---|
| **From:** | ████████████████████ > |
| **Sent:** | Friday, October 21, 2022 8 46 AM |
| **To:** | Restoration of Rights, Office of |
| **Subject:** | Restoration Request |

I have been waiting for 2 years since I been off probation to get my rights restore it's been pending for forever can some
please look into it or call me back no one returns my phone calls or nothing ████████ I successfully finish probation

Sent from my iPhone

1

Attorney's Eyes Only

## Moon, Jenna (GOV)

| | |
|---|---|
| **From:** | ▬▬▬▬▬▬▬ |
| **Sent:** | Friday, July 14, 2023 11:58 AM |
| **To:** | Restoration of Rights, Office of |
| **Subject:** | Re: ▬▬▬▬▬ DOB ▬ SSS# ▬ |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

It will be a year in September.  Do you have any updates on ▬▬▬▬ restoration?



Bedford, VA 24523

▬▬▬

This message and any attached documents may be protected by the attorney-client privilege and/or work product doctrine. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error. Then delete it. Thank you.

On Thursday, May 18, 2023 at 02 13 40 PM EDT, Restoration of Rights, Office of <rormail@governor.virginia.gov> wrote:

Hello,

As previously confirmed, we cannot expedite a singular application  Once the review process has been finalized ▬▬▬ will be updated via the provided address on his application.

Best,

*Restoration of Rights*
*Office of the Secretary of the Commonwealth*
*P.O  Box 2454*
*Richmond, VA 23218*
*804-692-0104*

*804-786-1418 (f)*

*rormail@governor virginia gov*

**From:** ▬▬▬▬▬▬▬
**Sent:** Thursday, May 18, 2023 10:33 AM

1

Attorney's Eyes Only

**To:** Restoration of Rights, Office of <rormail@governor.virginia.gov>
**Subject:** Re ▮▮▮▮▮▮▮▮ DOB ▮▮ SSS# ▮▮

Good Morning,

Checking the status of ▮▮▮▮▮ restoration. Is there anything we can do to speed up this process?

Bedford, VA 24523

This message and any attached documents may be protected by the attorney-client privilege and/or work product doctrine. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error. Then delete it. Thank you.

On Tuesday, April 18, 2023 at 02:38:28 PM EDT, Restoration of Rights, Office of <rormail@governor.virginia.gov> wrote:

Hello,

Thank you for your email. We have been experiencing an extended timeline under this administration. ▮▮ application is under the very final review, and upon return of the research, our office will be able to proceed with sending out grant orders. However, there is no way for us to expedite a singular application

Best,

*Restoration of Rights*
*Office of the Secretary of the Commonwealth*
*P.O. Box 2454*

2

Attorney's Eyes Only                    Hawkins_Def_001682

*Richmond, VA 23218*
*804-692-0104*

*804-786-1418 (f)*

*rormail@governor.virginia.gov*

**From:** ████████ █████████████
**Sent:** Tuesday, April 18, 2023 2:33 PM
**To:** Restoration of Rights, Office of <rormail@governor.virginia.gov>
**Subject:** Re ████████████ DOB ████ SSS# ████

Checking on the status of our client. We applied 9/22 and have not been restored to date. ████
████ was previously restored, but did get a felony conviction after the restoration. Is there anything we can do to speed up this process?

Thanking you in advance.



Bedford, VA 24523



This message and any attached documents may be protected by the attorney-client privilege and/or work product doctrine. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error. Then delete it. Thank you.

3

Attorney's Eyes Only                    Hawkins_Def_001683

On Tuesday, March 14, 2023 at 09:27:33 AM EDT, Restoration of Rights, Office of <rormail@governor.virginia.gov> wrote:

Hello,

At present no further information is needed, we are awaiting the finalized research so our office can proceed.

Best,

*Restoration of Rights*
*Office of the Secretary of the Commonwealth*
*P. O. Box 2454*
*Richmond, VA 23218*
*804-692-0104*

*804-786-1418 (f)*

*rormail@governor.virginia.gov*

**From:** ███████████████████████
**Sent:** Monday, March 13, 2023 4:29 PM
**To:** Restoration of Rights, Office of <rormail@governor.virginia.gov>
**Subject:** Re: █████████████ DOB ████ SSS# ██████

It is now March 13, 2023 and we have not received any information. Is there something else needed?



Bedford, VA 24523

This message and any attached documents may be protected by the attorney-client privilege and/or work product doctrine. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error. Then delete it. Thank you.

4

On Tuesday, January 24, 2023 at 11:42:34 AM EST, Restoration of Rights, Office of <rormail@governor.virginia.gov> wrote:

Hello,
Thank you for your email. At present no further information is needed, we are awaiting the finalization of review before grant orders can be sent. We expect update within the next 6 weeks. Reach out with any further questions.
Best,

Restoration of Rights
Office of the Secretary of the Commonwealth
P.O. Box 2454
Richmond, VA 23218
804-692-0104
804-786-1418 (f)
rormail@governor.virginia.gov<mailto:rormail@governor.virginia.gov>

From: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Sent: Monday, January 23, 2023 2:03 PM
To: Restoration of Rights, Office of <rormail@governor.virginia.gov>
Subject: ▮▮▮▮▮▮▮▮▮DOB▮▮▮SSS▮▮▮▮

We applied to have ▮▮▮▮▮▮ rights be restored back in September 2022. I called back in December and the Clerk said it was pending. We have not heard anything thus far and checking to see what the status is.

If you need something from us, please let me know.



Bedford, VA 24523
▮▮▮▮▮▮▮▮

This message and any attached documents may be protected by the attorney-client privilege and/or work product doctrine. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error. Then delete it. Thank you.

5

Attorney's Eyes Only

## Moon, Jenna (GOV)

| | |
|---|---|
| **From:** | Lovings, Jennifer (GOV) <Jennifer.Lovings@governor.virginia.gov> |
| **Sent:** | Tuesday, February 14, 2023 11:09 AM |
| **To:** | Restoration of Rights, Office of |
| **Subject:** | ▮▮▮▮▮▮▮▮▮▮ |

Please respond to this constituent message on behalf of the Governor.
If a printed letter is sent in response, please send me a copy in .PDF format. If by e-mail, please forward me a copy of the response.

Cabinet Comments:

Contact Information For: ▮▮▮▮▮▮▮

Address:
▮▮▮▮▮▮▮
Windsor, Va 23487

Phone: ▮▮▮▮▮
Email: ▮▮▮▮▮▮▮

Email Created On:2/14/2023 1:23 PM
Email Subject Status of restoration
Constituent Email:
Hello my name is ▮▮▮▮▮▮  I requested to have my rights restored several months ago. I have not received an update as of today. The online portal still says pending. I'm not sure of the exact date I applied but pretty sure it has been 3 months now. I believe I petitioned back in November 2022. I'm just wondering if there is an update as to maybe the online system has not been updated yet. My email is ▮▮▮▮▮▮ and my number is ▮▮▮▮▮ Thank you for your time.

1

Attorney's Eyes Only

## Moon, Jenna (GOV)

**From:** Lovings, Jennifer (GOV) <Jennifer.Lovings@governor.virginia.gov>
**Sent:** Monday, January 30, 2023 2:20 PM
**To:** Restoration of Rights, Office of
**Subject:** ████████████████████

Please respond to this constituent message on behalf of the Governor.
If a printed letter is sent in response, please send me a copy in PDF format. If by e-mail, please forward me a copy of the response.

Cabinet Comments:

Contact Information For ████████████

Address:
████████████
Windsor, Va 23487

Phone ████████████
Email: ████████████

Email Created On 1/30/2023 5:13 PM
Email Subject:Restoration of rights status
Constituent Email
Hello my name is ████████████ applied to have my rights restored a few months ago. Checking in the website it still says pending. I know it takes several months for the process to be reviewed. I was wondering when I actually applied to when the process would be complete with an approval or denial. Thank you for your time.

1

Attorney's Eyes Only

**Moon, Jenna (GOV)**

| | |
|---|---|
| **From:** | ████████████ |
| **Sent:** | Sunday, June 4, 2023 11:52 PM |
| **To:** | Fortune, Dianna (GOV) |
| **Subject:** | ████████ Restoration of Rights |

It has been 9 months since I applied for restoration.  I was released from incarceration on August 12, 2022.  Please let me know when to expect my restoration as the normal process is 90 days and we are way past that almost into a year with a status of pending.  Thank you for any information you have to provide with the date I can expect my restoration as this is hindering me from employment.

8

Attorney's Eyes Only

**Moon, Jenna (GOV)**

| | |
|---|---|
| **From:** | |
| **Sent:** | Thursday, April 13, 2023 5:18 PM |
| **To:** | Fortune, Dianna (GOV) |
| **Subject:** | Re: FW: Denial of Restoration |

Ms. Fortune,

Last we spoke my application was still pending and i asked if not paying fines or fees on case for which I was incarcerated might be an issue and you indicated possibly. Thus, I emailed the Clerk of Court in Winchester who responded to me on March 31, 2023 that my fees and fines were not due yet and wouldn't become due until April 28, 2023...Robert Allen White, Deputy Clerk .

That being said, nonpayment of fines and fees not even due yet could not possibly be the delay in getting my rights restored. I respectfully ask you to expedite my matter as I was released on August 12, 2022 and there is nothing that could be preventing my rights from being restored considering my sentence was served, I was released and court costs aren't even due for payment yet. I feel like I'm being punished for some reason and it's really unfair and I've gotten no reasonable explanation or even attempt to find out why the process is taking so long for my request. I look forward to your prompt response regarding the real hold up and when I can expect my restoration certificate issued.

Thank you,

On Tue, Feb 7, 2023, 11:01 AM _____ wrote:
Good morning Ms. Fortune,

We are now going on 6 months since I requested restoration of my rights as I had completed my term of active incarceration, was nor have ever been convicted of a violent felony and otherwise fit the terms in accordance with your Office's policy as stated on its website....has the "research" completed on my case? When may I expect an answer regarding the approval of my request as you indicated I was to "disregard the letter from your office" that indicated I was not eligible until my active probation was completed.

I appreciate your prompt response and attention to my matter.

Thank you,

On Tue, Jan 3, 2023, 10:29 AM Fortune, Dianna (GOV) <Dianna.Fortune@governor.virginia.gov> wrote:

Good Morning 

Thank you for your email. Please disregard the letter you received from our office, as your request is in review status.

If your civil rights are granted, you will receive your grant order to the address on file.

12

**Moon, Jenna (GOV)**

| | |
|---|---|
| **From:** | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| **Sent:** | Friday, September 29, 2023 2:32 PM |
| **To:** | Restoration of Rights, Office of |
| **Subject:** | Re: Release |

Only reason I applied was 3 different people I was at the camp with they are on probation also they all got letters reinstating their rights. Seems like nothing is fair or just

On Fri, Sep 29, 2023, 1:44 PM Restoration of Rights, Office of <rormail@governor.virginia.gov> wrote:

Once you are off federal probation you can reapply.

Best,


***Restoration of Rights***
*Office of the Secretary of the Commonwealth*
*P.O. Box 2454*
*Richmond, VA 23218*
*804-692-0104*

*804-786-1418 (f)*

*rormail@governor.virginia.gov*



**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Friday, September 29, 2023 1:30 PM
**To:** Restoration of Rights, Office of <rormail@governor.virginia.gov>
**Subject:** Re: Release


There is nothing to resolve I've supplied you with my release information.  I was on home confinement  never was at the halfway house only reported there.


On Fri, Sep 29, 2023, 1:21 PM Restoration of Rights, Office of <rormail@governor.virginia.gov> wrote:

Hello,

I am unable to process the application based on this information. We are requesting information because you received a federal conviction. You were placed in a halfway house in NC. You have stated that you are actively on

1

Attorney's Eyes Only                    Hawkins_Def_001701

Case 3:23-cv-00232-JAG  Document 57-1  Filed 02/14/24  Page 44 of 115 PageID# 706

11/20/23, 3:37 PM          TM-GOV-eDiscovery Support - Confidential Gov Paperwork - Nov 2023 - ███████████ 1).msg - All Docume...

**From:**   Lovings, Jennifer (GOV) <Jennifer.Lovings@governor.virginia.gov>

**Sent on:** Thursday, October 13, 2022 3:58:44 PM

**To:**     Restoration of Rights, Office of <rormail@governor.virginia.gov>

**Subject:** ████████████████████

Please respond to this constituent message on behalf of the Governor.
If a printed letter is sent in response, please send me a copy in .PDF format. If by e-mail, please forward me a copy of the response.

Cabinet Comments:

Contact Information For: ████████

Address:
████████████
Spotsylvania, Va 22553

Phone ████████████
Email ████████████████

Email Created On:9/21/2022 11:42 PM
Email Subject:Voter Rights Restoration
Constituent Email:
I submitted a request for felon voter rights restoration about 7 weeks ago. It still shows "pending".

I'm anxious to get re-registered to vote in time for this coming 11/1 general election.

Can you please advise status or anything needed from me?

████████████
████

Last 4 are ████

Thank you for your assistance!

Sincerely
████████

Attorney's Eyes Only                                    Hawkins_Def_001702

# Exhibit G



Return to top ^

**For Immediate Release:** May 20, 2022
**Contacts:** Office of the Governor: Macaulay Porter, Macaulay.Porter@governor.virginia.gov

# Governor Glenn Youngkin Announces the Restoration of Rights for Thousands of Virginians

**RICHMOND, VA –** Governor Glenn Youngkin today announced that civil rights have been restored to 3,496 Virginians. The consideration for restoration of rights is coordinated by the Secretary of the Commonwealth, in conjunction with the Department of Corrections, with thorough consideration by the Department of Elections, Department of Behavioral Health and Developmental Services and the Compensation Board.

"I am encouraged that over 3,400 Virginians will take this critical first step towards vibrant futures as citizens with full civil rights," **said Governor Glenn Youngkin.** "Individuals with their rights restored come from every walk of life and are eager to provide for themselves, their families and put the past behind them for a better tomorrow."

"The restoration of rights process provides a fresh step forward for individuals who have made mistakes, but have done their duty to our community and wish to be full and productive citizens of our Commonwealth," **said Secretary Kay Coles James.** "I look forward to their successful futures."

The administration will be restoring rights on an ongoing basis. Individuals looking to have rights restored, and meet the criteria should visit www.restore.virginia.gov.  Applicants waiting for rights to be restored may check the status of an application online.

# # #



ROR 00009

Hawkins_Def_000025



**For Immediate Release:** October 21, 2022
**Contacts:** Office of the Governor: Macaulay Porter,
Macaulay.Porter@governor.virginia.gov



# Governor Glenn Youngkin Announces the Restoration of Rights for over 800 Formerly Incarcerated Virginians

**RICHMOND, VA —** Governor Glenn Youngkin announced that civil rights have been restored to over 800 Virginians. Rights were restored for approved individuals last week in order to ensure those who are interested in voting in the November 8th election could register to do so before Monday's registration deadline.

"Second chances are essential to ensuring Virginians who have made mistakes are able to move forward toward a successful future. I am proud of the efforts made by these formerly incarcerated Virginians to regain their civil rights," **said Governor Glenn Youngkin.** "I applaud those who have committed to starting fresh with renewed values and a will to positively contribute to our society."

"Civil rights are fundamental to active participation in one's government," **said Secretary Kay Coles James.** "Governor Youngkin strongly believes in the grace of second chances, and our team has given personal consideration to each approved candidate. We are committed to continuing our strong efforts for the fair consideration of all applicants."

The administration will continue to restore rights on an ongoing basis. Individuals who want more information or would like to apply to have their rights restored should visit: www.restore.virginia.gov

Applicants waiting for rights to be restored may check the status of their application online.

# # #

Return to top ^



ROR 00010

Hawkins_Def_000026

# Exhibit H

OFFICE OF THE SECRETARY OF THE COMMONWEALTH

# RESTORATION OF RIGHTS FORM

To apply to have your rights restored, or to check your restoration status, visit us at **http://Restore.Virginia.gov** or call us at **804-692-0104**, or simply complete and return this application via mail to:

Secretary of the Commonwealth
Restoration of Rights Division
P.O. Box 2454
Richmond, Virginia 23218

FULL LEGAL NAME

FULL NAME WHEN CONVICTED

SOCIAL SECURITY NUMBER

DATE OF BIRTH

GENDER:

☐ Male ☐ Female

STREET ADDRESS

CITY

STATE

ZIPCODE

PHONE NUMBER

EMAIL ADDRESS

IN WHICH COURT WERE YOU CONVICTED?
(CHECK ALL THAT APPLY)

☐ Virginia Circuit Court

☐ Out of State Circuit Court

☐ Military Court

☐ Federal Court (district, if known)

_____

ARE YOU A U.S. CITIZEN?

☐ Yes

☐ Non-Citizen
(Non-citizens are still eligible to have their right to be a notary public restored.)

HAVE YOU EVER BEEN CONVICTED OF A VIOLENT CRIME?

☐ Yes

☐ No

IF YES, PLEASE LIST THE CRIME AND DATE OF CONVICTION

HAVE YOU COMPLETED SERVING ALL TERMS OF INCARCERATION?

ARE YOU CURRENTLY ON PROBATION, PAROLE OR OTHER STATE SUPERVISION?

IF YES, WHEN IS YOUR EXPECTED END DATE?

☐ I have paid all fines, fees and restitution

☐ I am currently paying my fines, fees and restitution (receipt or payment plan from court attached)

## THE CIVIL RIGHTS RESTORED THROUGH THIS PROCESS INCLUDE:



**VOTE**



**BECOME A NOTARY PUBLIC**



**SERVE ON A JURY**



**RUN FOR PUBLIC OFFICE**

Please note that the restoration of rights does not restore the right to possess a firearm. You must petition the appropriate circuit court pursuant to Virginia Code § 18.2-308.2. This is not a pardon nor does it expunge a criminal conviction.

OFFICE OF THE SECRETARY OF THE COMMONWEALTH
RESTORATION OF RIGHTS DIVISION

ROR 00007

Hawkins_Def_000023

# Exhibit I

**RESTORATION OF RIGHTS PROCESS**



ROR 00002

Hawkins_Def_000018

# Exhibit J



# COMMONWEALTH of VIRGINIA

### Office of the Governor

Kay C. James
Secretary of the Commonwealth

March 22, 2023

The Honorable Lionell Spruill
Post Office Box 5403
Chesapeake, VA 23324
Delivered Electronically to: district05@governor.virginia.gov

**Re: Follow-up from our call on Friday, March 17, 2023**

Dear Senator Spruill:

Thank you for your emailed letter and for your time on Friday afternoon discussing the Restoration of Rights process for individuals convicted of felonies in Virginia. The Governor firmly believes in the importance of second chances for formerly incarcerated individuals as they look to become active members of their community and citizenry.

The Constitution places the responsibility to consider Virginians for restoration in the hands of the Governor and to the Secretary as delegated. After Inauguration, the Governor charged me and our team with ensuring our application and deliberation were legal and fair – that every applicant be considered individually as required by the Constitution and underscored by the Supreme Court of Virginia in 2016.

Every applicant is different and we utilize our partners at the Virginia Department of Corrections, Virginia State Police, Virginia Department of Elections, Virginia Department of Behavioral and Developmental Services, and the Compensation Board to research each application and provide further information to be used in the consideration process.

As we updated this process to ensure Constitutionality, we worked with the Secretary of Public Safety and the Department of Corrections to ensure that every discharged felon be provided with an application for restoration and explained its significance. Each inmate signs to attest to receiving this application. The Department of Corrections has indicated that roughly 12,000 people are released each year which includes individuals found guilty of misdemeanors and felonies.

Our website was updated to include that applications are considered individually and not granted on an automatic basis. As noted earlier, individuals are informed upon release the recommendation of applying and given a paper application. Applicants use this same website to apply and to check the status of their application and advocates use this website to help individuals

Patrick Henry Building • 1111 East Broad Street • Richmond, Virginia 23219
(804) 786-2441 • TTY (800) 828-1120
socmail@governor.virginia.gov • www.commonwealth.virginia.gov

ROR 00068

Hawkins_Def_000084

apply or to share the PDF paper application to be submitted by mail. We have scheduled a roundtable for advocates in April to discuss the process.

Virginians trust the Governor and his Administration to consider each person individually and take into consideration the unique elements of each situation, practicing grace for those who need it and ensuring public safety for our community and families.  I appreciated the opportunity to discuss with you this important operation of the Secretary of the Commonwealth on behalf of the Governor of Virginia.  Best wishes to you as you prepare to return to Richmond for the Reconvened Session.

Sincerely,

Kay Coles James
Secretary of the Commonwealth

Patrick Henry Building • 1111 East Broad Street • Richmond, Virginia 23219
(804) 786-2441 • TTY (800) 828-1120
socmail@governor.virginia.gov • www.commonwealth.virginia.gov

ROR 00069

Hawkins_Def_000085

# Exhibit K

## Gee, Kelly (GOV)

**From:** John Cosgrove ▮▮▮▮▮▮▮▮
**Sent:** Monday, December 11, 2023 3:52 PM
**To:** Gee, Kelly (GOV)
**Subject:** Restoration of Civil Rights by ▮▮▮▮▮▮▮

Good afternoon, Madam Secretary,

I am writing this email to you on behalf of a gentleman ▮▮▮▮▮▮▮▮▮▮ and has applied to have his rights restored. His name in ▮▮▮▮▮ and he is the ▮▮▮▮▮▮▮▮▮▮ in ▮▮▮ and ▮▮▮▮▮ ▮▮▮▮ which is located in ▮▮▮▮

▮▮▮▮▮ got into some trouble in ▮▮▮ many years ago and has paid his debt to society by completing his sentence and paying any fines and / or restitution. He has submitted a letter from the ▮▮▮▮▮▮▮ attesting to his completion of his debt along with his online application to have his rights restored.

I have known ▮▮▮ for several years and he is an extremely accomplished ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮

▮▮▮ has become a model citizen here in ▮▮▮▮▮▮ and I hope that he will be positively considered for his civil rights restoration by our Governor. If you have any questions at all, please call my personal mobile number which is ▮▮▮▮▮▮.

Thank you for your time and effort on behalf of the citizens of the Commonwealth of Virginia!

Respectfully,

John A. Cosgrove

Former Senator of Virginia

1

District 14

Attorney's Eyes Only

Hawkins_Def_001659

# Exhibit L

**Moon, Jenna (GOV)**

| | |
|---|---|
| **From:** | Restoration of Rights, Office of |
| **Sent:** | Tuesday, January 31, 2023 3:56 PM |
| **To:** | |
| **Subject:** | Pending Verification |

Good Afternoon,

Please confirm if you had a VA state conviction (felony).  I am working on your application and you did not disclose or attest

**Restoration of Rights**
Office of the Secretary of the Commonwealth
PO Box 2454
Richmond, VA 23218
804-692-0104
804-786-1418 (f)
<u>rormail@governor.virginia.gov</u>

ROR 00042

# Exhibit M



**COMMONWEALTH of VIRGINIA**

*Office of the Attorney General*

**Jason S. Miyares**
**Attorney General**

202 North 9th Street
Richmond, Virginia 23219
804-786-2071
FAX 804-786-1991
Virginia Relay Services
800-828-1120

October 19, 2023

N. Thomas Connally, Esq. (tom.connally@hoganlovells.com)
Jay Jones, Esq. (jay.jones@hoganlovells.com)
Ryan Snow, Esq. (rsnow@lawyerscommittee.org)
*Counsel for the Virginia State Conference NAACP*
*and President Robert N. Barnette, Jr.*

    Re: Follow up regarding May 9, 2023 FOIA request for documents
       related to restoration of rights

Dear Counsel,

On behalf of Governor Youngkin and Secretary Gee, I write regarding the
outstanding items that you identified in paragraph 20 of the unfiled Petition for
Declaratory Judgment and Mandamus sent to my office on October 17, 2023 as being
responsive to your clients' Freedom of Information Act request of May 9, 2023, but
that may not have been previously addressed. Other than these items, which are
addressed below, my clients have otherwise resolved or responded to the fourteen
requests in your May 9, 2023 request through my three prior letters dated June 8, 9,
and 15, the accompanying productions, and conversations and communications with
you.

Since May, these conversations and productions have been made in furtherance of
FOIA's policy that requesters and public bodies should make reasonable efforts to
reach an agreement concerning the production of the records requested.

Page 1 of 5

1.     **An administration transition document that included information about the restoration of rights process.**

Documents responsive to this request were previously produced on June 8, 2023. ROR 00018-00025. Additionally, my clients are exercising their discretion to produce six more pages of transition documents. Furthermore, my clients have located twenty-four pages of documents received from the prior administration that are not labeled "transition documents" but provide technical details regarding how restoration of rights applications are created, researched, processed, and granted using different information technology resources.

These documents, which are otherwise exempt from mandatory disclosure pursuant to Code Section 2.2-3705.7(2), are being produced in an exercise of discretion. Pursuant to Code Section 2.2-3704.01, the Office of the Governor has redacted information from these records to remove nonresponsive information incidentally captured in certain screenshots, personal identifying information, and information necessary to maintain the security and safe storage of personal identifying information of applicants, such as password protocols.

Based on a reasonable search, my clients are not withholding any records responsive to this request.

2.     **Emails or other documents and attachments that describe the types or categories of information about restoration of rights applicants requested by the Director of Clemency and provided by other state agencies.**

Documents responsive to this request were previously produced on June 15, 2023. ROR 00436-00590. The attachments to the emails between the Director of Clemency and agencies regarding information for the restoration of rights process are being withheld because they contain personal identifying information of individuals who have applied for restoration of their rights and are also exempt under Code Section 2.2-3705.7(2). The attachments were prepared for the Secretary of the Commonwealth's personal or deliberative use in fulfilling her duties to assist the Governor with the restoration of rights process. Furthermore, from your clients' May 9, 2023 request and our communications with you, the Office of the Governor has understood your request to not be seeking the personal identifying information of applicants.

Rather than attempt to redact emails and attachments sent from the Director of Clemency to other agencies regarding requests for information about applicants, my clients have authorized me to share, pursuant to Code § 2.2-3704(D), that the following information about the applicants is provided to the agencies as part of the research for each application: first name, last name, Social Security number, date of birth, gender, and address.

Furthermore, as part of the continuing effort to dispel the mistaken belief that race plays any part in the Governor's decisions to restore rights, my clients have authorized me to provide, pursuant to Code § 2.2-3704(D), the categories of

information received from state agencies in response to the research emails from the Secretary of the Commonwealth's Office.

The state agencies normally respond to the research requests from Secretary of the Commonwealth's Office with spreadsheets containing personal identifying information and different types of information depending on the responding agency. Sometimes there are so few responses that the response will be contained in the body of the email rather than in a spreadsheet.

Below is a list of the information provided by agencies to the Secretary.

**Department of Corrections**
· 0 = not on supervision
· 1 = incarcerated in DOC facility
· 2 = incarcerated in local jail
· 3 = on community supervision
· 4 = absconder or fugitive
· 5 = interstate compact community supervision

**State Compensation Board**
· 0 = not on supervision
· 1 = inmate with a state or local responsibility felony
· 2 = inmate with federal offense
· 3 = released to out of state authority
· 4 = pre-trial
· 5 = released to mental hospital
· 6 = released to probation/parole/DOC
· 7 = bonded and pre-trial services

**Department of Behavioral Health and Development Services**
· 0 = not on supervision
· 2 = incarcerated with Virginia Center for Behavioral Rehabilitation; or state mental hospital
· 3 = on conditional release or unconditional release from Virginia Center for Behavioral Rehabilitation or NGRI

Note: There is no "1" response that is being omitted as none is used.

**Elect**
· 0 = no information
· 1 = deceased
· 2 = mentally incapacitated
· 3 = non-citizen

**Virginia State Police**
· Criminal record check from Central Criminal Records Exchange (CCRE)

Hawkins_Def_000010

**3.     Agendas, notes, or other documents related to calendared meetings to discuss various aspects of the restoration of rights process, and at which the Governor was not present.**

Please see ROR 00381-00435, produced on June 15, 2023, which are meetings organized by the Secretary of the Commonwealth regarding restoration of rights. Pursuant to Code Section 2.2-3705.7(2), the Office of the Governor is withholding two similar calendar invitations that were created by or sent to individuals meeting the definition in Virginia Code Section 2.2-3705.7 of Office of the Governor in addition to the Secretary of the Commonwealth.

With the understanding that this request is not seeking agendas and notes from meetings in which the Governor was present, based on a reasonable search, there are otherwise no documents responsive to this request and no documents are being withheld.

**4.     Documents containing relevant information about applicants whose restoration of rights applications were ultimately denied, including records evidencing the raw numbers of applicants and denials, as well as the timing of those applications and denials.**

Pursuant to Code § 2.2-3704(D), the following is a responsive summary to this request: Applicants are only sent a letter if their rights are restored. All applicants can learn the status of their application, including whether an application has not been granted, from the online portal or by calling the Secretary of the Commonwealth's Office at 804-692-0104.

Regarding the request for data regarding applications and dispositions, please see below as that information is contained in the restoration of rights database.

**5.     Communications with applicants whose completed applications were ultimately denied.**

Based on our discussions among counsel, my client did not believe you were seeking such records.  My client is reviewing records to see the volume of potentially responsive records and I will follow up with further information when I have it.

**Restoration of Rights Database**

Regarding the initial and continued requests for information contained in the database for applications for restoration of rights, including item 4, such information is exempt from mandatory disclosure pursuant to Code Section 2.2-3705.7(2) and is being withheld. The volume of the withheld documents cannot be provided because it consists of a database that is regularly being modified.

The Code provides an exemption for the working papers of the Office of the Governor, which includes the Secretary of the Commonwealth. "Working papers" are records

Page 4 of 5

prepared by or for a public official for his personal or deliberative use. The purpose of the database is to assist the Governor and the Secretary of the Commonwealth in their deliberative process—specifically, the Governor's exercise of his constitutional prerogative to restore rights on an individual basis. The Virginia Freedom of Information Advisory Council has opined that this type of database is exempt from mandatory disclosure. Advisory Op. AO-01-16 (July 11, 2016). The Advisory Council noted that if a list of felons were created for the Office of the Governor's personal or deliberative use in deciding whether to restore those felons' rights, such a list would be excluded from mandatory disclosure. Consistent with prior governors, the Office of the Governor does not intend to disclose information from the database beyond what is required in Senate Document 2.

### New Documents Produced

| Bates Number | Document description |
| --- | --- |
| ROR 00591-00620 | Documents responsive to item 1. |

### Documents Withheld by Agreement

A large number of administrative records were created in the process of processing individual applications. Pursuant to an understanding with you that such documents would not shed light on the Office of the Governor's restoration of rights policy and process and would be burdensome to redact and produce, they have not been catalogued, redacted, or produced. On June 30, 2023, you confirmed that your clients were not seeking such documents. Accordingly, the Office of the Governor has not taken steps to provide an exact count of such documents but estimates them to be in the thousands.

\*       \*       \*

The Office of the Governor believes that most of the records requested are almost entirely exempt from mandatory production under Virginia law. Nevertheless, in the interest of transparency and good faith, it has exercised its discretion to provide you with hundreds of relevant documents, where appropriate, and summaries of other documents while conforming with the disclosure practices of prior administrations and respecting the privacy of applicants.

Sincerely,

/s/ Steven G. Popps

Steven G. Popps
Deputy Attorney General
Office of the Attorney General of Virginia

Enclosures (as described above)

Page 5 of 5

Hawkins_Def_000012

# Exhibit N

5/30/23, 10:56 AM

## CCRE Request

Moon, Jenna (GOV)

Wed 5/3/2023 8:17 PM

To: Scott, Melanie (VSP) <melanie.scott@vsp.virginia.gov>

1 attachments (77 KB)
CCRE REQUESTDOC.xlsx;

Hi Melanie,

I hope you are doing well.  I wanted to request CCRE's for the spreadsheet attached. I know Dianna Fortune with our Clemency department has requested some as well and hers will take precedent, but would appreciate you sending these directly to my attention as we are working on separate batches.  If you could give me a call if you have any questions, my number is 804-436-3208.

Thank you so much for your assistance.

Jenna Moon
Deputy Secretary of the Commonwealth
1111 E. Broad Street
Richmond, Virginia 23219
www.commonwealth.virginia.gov

# Exhibit O



ROR 00647



Hawkins_Def_000664





Hawkins_Def_000666

ROR 00650



Hawkins_Def_000667



ROR 00652

Hawkins_Def_000668



Hawkins_Def_000669

# Exhibit P

**Moon, Jenna (GOV)**

| | |
|---|---|
| **From:** | Restoration of Rights, Office of <rormail@governor.virginia.gov> |
| **Sent:** | Thursday, September 28, 2023 1:55 PM |
| **To:** | ▉▉▉▉▉ |
| **Subject:** | RE:▉▉▉▉▉▉▉▉▉▉▉▉ |

Hello,

        We are unable to restore rights to those under other jurisdictions. Once federal probation has completed, please reapply through our office with the release letter from your probation.

Best,

*Restoration of Rights*
*Office of the Secretary of the Commonwealth*
*P.O. Box 2454*
*Richmond, VA 23218*
*804-692-0104*
*804-786-1418 (f)*
*rormail@governor.virginia.gov*

**From:**▉▉▉▉▉▉▉▉▉▉▉▉▉
**Sent:** Thursday, September 28, 2023 1:52 PM
**To:** Restoration of Rights, Office of <rormail@governor.virginia.gov>
**Subject:** Re:▉▉▉▉▉▉▉▉▉▉▉▉

Yes, that is correct.

        On Sep 28, 2023, at 1:38 PM, Restoration of Rights, Office of <rormail@governor.virginia.gov> wrote:

        Hello,

                To understand this correctly, are you currently under federal probation that started 9.29.22?

        Best,

        *Restoration of Rights*
        *Office of the Secretary of the Commonwealth*
        *P.O. Box 2454*
        *Richmond, VA 23218*
        *804-692-0104*
        *804-786-1418 (f)*
        *rormail@governor.virginia.gov*

        **From:**▉▉▉▉▉▉▉▉▉▉▉▉▉
        **Sent:** Thursday, September 28, 2023 12:00 PM
        **To:** Restoration of Rights, Office of <rormail@governor.virginia.gov>
        **Subject:** Re:▉▉▉▉▉▉▉▉▉▉▉▉

        Hello,

1

ROR 00926

Hawkins_Def_001404

Please see attached. Thank you!

On Mon, Sep 25, 2023 at 1:26 PM Restoration of Rights, Office of <rormail@governor.virginia.gov> wrote:

Hello,

Upon review of your application, I was able to see that a federal conviction was listed, however, no federal release information was attached. To complete your application for the restoration of your civil rights, please submit release information stating the exact date you were released from federal incarceration or supervised release such as probation or parole. This can be obtained from your place of incarceration, or the probation or parole office. Please submit to our office alongside **your Full Name, Date of Birth, and last 4 # of SSN** so we may attach it to the proper account. If submitted via email, email confirmation will be sent to you once the document has been attached and the application submitted for review.

Please reach out with any further questions.

Best,

*Restoration of Rights*
*Office of the Secretary of the Commonwealth*
*P.O. Box 2454*
*Richmond, VA 23218*
*804-692-0104*

*804-786-1418 (f)*

*rormail@governor.virginia.gov*

2

**Moon, Jenna (GOV)**

| | |
|---|---|
| **From:** | Restoration of Rights, Office of <rormail@governor.virginia.gov> |
| **Sent:** | Monday, September 11, 2023 10:36 AM |
| **To:** | ███████████████ |
| **Subject:** | ███████████████ |

Hello,

    Upon review of your application, I was able to see that a federal conviction was listed, however, no federal release information was attached. To complete your application for the restoration of your civil rights, please submit release information stating the exact date you were released from federal incarceration or supervised release such as probation or parole. This can be obtained from your place of incarceration, or the probation or parole office. Please submit to our office alongside **your Full Name, Date of Birth, and last 4 # of SSN** so we may attach it to the proper account. If submitted via email, email confirmation will be sent to you once the document has been attached and the application submitted for review.

    Please reach out with any further questions.

Best,

V/R,

Reginald Burroughs
Project Manager
Office of the Secretary of the Commonwealth
1111 E. Broad Street
Richmond, Virginia 23219
www.commonwealth.virginia.gov

1

ROR 01102

Hawkins_Def_001580

**Moon, Jenna (GOV)**

| | |
|---|---|
| **From:** | Restoration of Rights, Office of <rormail@governor.virginia.gov> |
| **Sent:** | Monday, September 18, 2023 11:21 AM |
| **To:** | ████████████████ |
| **Subject:** | ████████████████ |

Hello,

   Upon review of your application, I was able to see that a federal conviction was listed, however, no federa  release information was attached. To complete your application for the restoration of your civil rights, please submit release information stating the exact date you were released from federal incarceration or supervised release such as probation or parole. This can be obtained from your place of incarceration, or the probation or parole office. Please submit to our office alongside **your Full Name, Date of Birth, and last 4 # of SSN** so we may attach it to the proper account. If submitted via email, email confirmation will be sent to you once the document has been attached and the application submitted for review.

   Please reach out with any further questions.

Best,

V/R,

Reginald Burroughs
Project Manager
Office of the Secretary of the Commonwealth
1111 E. Broad Street
Richmond, Virginia 23219
www.commonwealth.virginia.gov

1

Hawkins_Def_001590

# Exhibit Q

**From:** Fortune, Dianna (GOV)
**Sent:** Tuesday, October 24, 2023 3:23 PM
**To:** Allen, David (ELECT) <David.Allen@elections.virginia.gov>; Jeyasankar, Shantharani (ELECT) <Shantharani.Jeyasankar@elections.virginia.gov>; Jackson, Kari (SCB) <Kari.Jackson@scb.virginia.gov>; McGuire, Meghan (DBHDS) <meghan.mcguire@dbhds.virginia.gov>; 'Schein, Christine (DBHDS)' <Christine.Schein@dbhds.virginia.gov>; Torres, Angela (DBHDS) <Angela.Torres@dbhds.virginia.gov>; Davis, Sarah (DBHDS) <Sarah.Davis@dbhds.virginia.gov>; Li, Grace (DBHDS) <Grace.Li@dbhds.virginia.gov>; Hatfield, Hanna (VADOC) <Hanna.Hatfield@vadoc.virginia.gov>; Via, Brittney (VADOC) <BRITTNEY.VIA@vadoc.virginia.gov>; Celi, Tama S. (VADOC) <Tama.Celi@vadoc.virginia.gov>; McGehee, Warren B. (VADOC) <Warren.McGehee@vadoc.virginia.gov>
**Subject:** RE: Restoration of Rights batch research 10/24/2023

Good afternoon,
I have attached the next batch of individuals that the SOC needs to be researched for consideration for restoration of rights.  I am requesting for research to be sent back by Tuesday October 31, 2023.

I appreciate in advance your support in getting me back the research promptly.

Password will be sent in a separate email.  Let me know if you have any questions.

Thank you in advance.

-Dianna

**Dianna M. Fortune**
Director of Clemency
Office of the Secretary of the Commonwealth
1111 E. Broad Street , 4th Floor | Richmond, VA 23219
804.225-4912 - direct
804.786.1418 - fax
dianna.fortune@governor.virginia.gov

ROR  00628

Attachment to Office of the Governor's email to agencies requesting information

| Application No. | Created On | DOB | SSN | Date Received | US Citizen | Request | Last | First | Middle | Suffix | Street Addr | City | State | Zip | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 359 | 8/29/2023 17:02 | 8/29/2023 | | 8/29/2023 | Yes | Yes | | | | | | | VA | | |
| **317** | **9/2/2023 13:50** | **9/2/2023** | | **9/2/2023** | **No** | **Yes** | | | | | | | **VA** | | **not a US Citizen** |
| 716 | 9/21/2023 13:22 | 9/22/2023 | | 9/22/2023 | Yes | Yes | | | | | | | W | | |
| 343 | 8/7/2023 14:25 | 8/7/2023 | | 8/7/2023 | Yes | Yes | | | | | | | W | | |
| 301 | 8/2/2023 20:20 | 8/2/2023 | | 8/2/2023 | Yes | Yes | | | | | | | VA | | |
| 237 | 8/22/2023 10:15 | 8/22/2023 | | 8/22/2023 | Yes | Yes | | | | | | | VA | | |
| 182 | 9/7/2023 19:19 | 9/7/2023 | | 9/7/2023 | Yes | Yes | | | | | | | VA | | |
| 710 | 7/13/2023 13:01 | 7/13/2023 | | 7/13/2023 | Yes | Yes | | | | | | | VA | | |
| 559 | 9/19/2023 13:00 | 9/19/2023 | | 9/19/2023 | Yes | Yes | | | | | | | AL | | |
| 355 | 7/7/2023 14:40 | 7/7/2023 | | 7/7/2023 | Yes | Yes | | | | | | | VA | | |
| 322 | 7/26/2023 15:41 | 7/26/2023 | | 7/26/2023 | Yes | Yes | | | | | | | VA | | |
| **317** | **8/26/2023 14:10** | **8/26/2023** | | **8/26/2023** | **No** | **Yes** | | | | | | | **FL** | | **not a US Citizen** |
| 336 | 8/28/2023 11:12 | 8/28/2023 | | 8/28/2023 | Yes | Yes | | | | | | | VA | | |
| 350 | 5/10/2023 11:02 | 5/10/2023 | | 5/10/2023 | Yes | Yes | | | | | | | VA | | |
| 117 | 8/12/2023 15:55 | 8/12/2023 | | 8/12/2023 | Yes | Yes | | | | | | | VA | | |
| 395 | 8/1/2023 13:46 | 8/1/2023 | | 8/1/2023 | Yes | Yes | | | | | | | VA | | |
| 316 | 8/2/2023 13:12 | 8/2/2023 | | 8/2/2023 | Yes | Yes | | | | | | | VA | | |
| 312 | 7/24/2023 10:07 | 7/20/2023 | | 7/20/2023 | Yes | Yes | | | | | | | VA | | |
| 587 | 1/17/2023 11:10 | 1/17/2023 | | 1/17/2023 | Yes | Yes | | | | | | | VA | | |
| 253 | 8/23/2023 12:27 | 8/23/2023 | | 8/23/2023 | Yes | Yes | | | | | | | VA | | |
| 576 | 7/10/2023 0:15 | 7/10/2023 | | 7/10/2023 | Yes | Yes | | | | | | | VA | | |
| 286 | 6/1/2023 16:31 | 6/1/2023 | | 6/1/2023 | Yes | Yes | | | | | | | VA | | |
| 351 | 7/31/2023 11:32 | 7/31/2023 | | 7/31/2023 | Yes | Yes | | | | | | | VA | | |
| 387 | 8/28/2023 22:07 | 8/29/2023 | | 8/29/2023 | Yes | Yes | | | | | | | VA | | |
| 227 | 7/14/2023 13:53 | 7/14/2023 | | 7/14/2023 | Yes | Yes | | | | | | | VA | | |
| 340 | 7/27/2023 22:23 | 7/28/2023 | | 7/28/2023 | Yes | Yes | | | | | | | VA | | |
| 729 | 7/14/2023 18:29 | 7/14/2023 | | 7/14/2023 | Yes | Yes | | | | | | | VA | | |
| 209 | 5/24/2023 11:50 | 5/1/2023 | | 5/1/2023 | Yes | Yes | | | | | | | FL | | |
| 206 | 8/23/2023 17:01 | 8/23/2023 | | 8/23/2023 | Yes | Yes | | | | | | | VA | | |
| 360 | 5/24/2023 10:47 | 5/1/2023 | | 5/1/2023 | Yes | Yes | | | | | | | VA | | |
| 336 | 7/24/2023 13:47 | 7/24/2023 | | 7/24/2023 | Yes | Yes | | | | | | | VA | | |
| 383 | 9/20/2023 17:01 | 9/20/2023 | | 9/20/2023 | Yes | Yes | | | | | | | VA | | |
| 139 | 8/15/2023 9:50 | 8/15/2023 | | 8/15/2023 | Yes | Yes | | | | | | | VA | | |
| 559 | 6/26/2023 10:03 | 6/26/2023 | | 6/26/2023 | Yes | Yes | | | | | | | NC | | |
| 398 | 8/31/2023 17:37 | 8/31/2023 | | 8/31/2023 | Yes | Yes | | | | | | | VA | | |
| 278 | 8/10/2023 11:15 | 8/10/2023 | | 8/10/2023 | Yes | Yes | | | | | | | VA | | |
| 565 | 9/14/2023 9:40 | 9/14/2023 | | 9/14/2023 | Yes | Yes | | | | | | | NC | | |
| 333 | 8/5/2023 15:19 | 8/5/2023 | | 8/5/2023 | Yes | Yes | | | | | | | NC | | |
| 393 | 8/31/2023 10:39 | 8/31/2023 | | 8/31/2023 | Yes | Yes | | | | | | | VA | | |
| 391 | 8/17/2023 16:05 | 8/17/2023 | | 8/15/2023 | Yes | Yes | | | | | | | VA | | |

Hawkins_Def_000645

ROR 00629

**From:** Allen, David (ELECT) <David.Allen@elections.virginia.gov>
**Sent:** Friday, April 7, 2023 10:46 AM
**To:** Fortune, Dianna (GOV) <Dianna.Fortune@governor.virginia.gov>
**Subject:** RE: Restoration of Rights (RoR) Batch

Results from ELECT are attached, use same password.

David Allen.

**From:** Fortune, Dianna (GOV) <Dianna.Fortune@governor.virginia.gov>
**Sent:** Thursday, April 6, 2023 3:44 PM
**To:** Allen, David (ELECT) <David.Allen@elections.virginia.gov>
**Subject:** Restoration of Rights (RoR) Batch

**Good Afternoon,**
**Please see attached RoR batch.  I am asking to receive the research back by Wednesday April 12, 2023.**

*Note: password will be sent in a separate email.*

**Thank you.**

**-Dianna**

**Dianna M. Fortune**
Director of Clemency
Office of the Secretary of the Commonwealth
1111 E. Broad Street , 4th Floor | Richmond, VA 23219
804.225-4912 - direct
804.786.1418 - fax
dianna.fortune@governor.virginia.gov

ROR  00630

Hawkins_Def_000646

## Response from Department of Elections

Hawkins_Def_000647

ROR 00631

**From:** Hatfield, Hanna (VADOC) <Hanna.Hatfield@vadoc.virginia.gov>
**Sent:** Wednesday, October 25, 2023 11:58 AM
**To:** Fortune, Dianna (GOV) <Dianna.Fortune@governor.virginia.gov>
**Cc:** Via, Brittney (VADOC) <BRITTNEY.VIA@vadoc.virginia.gov>; Celi, Tama S. (VADOC) <Tama.Celi@vadoc.virginia.gov>; McGehee, Warren B. (VADOC) <Warren.McGehee@vadoc.virginia.gov>
**Subject:** Re: Restoration of Rights batch research 10/24/2023

Good morning,

Please find attached the excel file provided to us with the current VADOC status/location. The file is password protected with the password that was sent to us.

Records were matched to VirginiaCORIS based on SSN and/or name and date of birth (1st 7 letters of Last Name + 1st 4 letters of First Name + Year of Birth + Month of Birth). Of the 40 records sent, 36 matched to a unique OffenderId in VirginiaCORIS. Of those 36 who matched to an OffenderId in VirginiaCORIS, eight are currently on community supervision.

Thanks,
Hanna

Hanna Hatfield, M.A.
Senior Research Analyst
Evaluation Unit
Virginia Department of Corrections
hanna.hatfield@vadoc.virginia.gov
(804) 892-0073

**From:** Fortune, Dianna (GOV) <Dianna.Fortune@governor.virginia.gov>
**Sent:** Tuesday, October 24, 2023 3:23 PM
**To:** Allen, David (ELECT) <David.Allen@elections.virginia.gov>; Jeyasankar, Shantharani (ELECT) <Shantharani.Jeyasankar@elections.virginia.gov>; Jackson, Kari (SCB) <Kari.Jackson@scb.virginia.gov>; McGuire, Meghan (DBHDS) <meghan.mcguire@dbhds.virginia.gov>; Schein, Christine (DBHDS) <Christine.Schein@dbhds.virginia.gov>; Torres, Angela (DBHDS) <Angela.Torres@dbhds.virginia.gov>; Davis, Sarah (DBHDS) <Sarah.Davis@dbhds.virginia.gov>; Li, Grace (DBHDS) <Grace.Li@dbhds.virginia.gov>; Hatfield, Hanna (VADOC) <Hanna.Hatfield@vadoc.virginia.gov>; Via, Brittney (VADOC) <BRITTNEY.VIA@vadoc.virginia.gov>; Celi, Tama S. (VADOC) <Tama.Celi@vadoc.virginia.gov>; McGehee, Warren B. (VADOC) <Warren.McGehee@vadoc.virginia.gov>
**Subject:** RE: Restoration of Rights batch research 10/24/2023

Good afternoon,
I have attached the next batch of individuals that the SOC needs to be researched for consideration for restoration of rights. I am requesting for research to be sent back by Tuesday October 31, 2023.

I appreciate in advance your support in getting me back the research promptly.

Password will be sent in a separate email. Let me know if you have any questions.

Thank you in advance.

-Dianna

**Dianna M. Fortune**
Director of Clemency
Office of the Secretary of the Commonwealth
1111 E. Broad Street , 4th Floor | Richmond, VA 23219
804.225-4912 - direct
804.786.1418 - fax
dianna.fortune@governor.virginia.gov

ROR  00632

Department of Corrections Response



**From:** Jackson, Kari (SCB) <Kari.Jackson@scb.virginia.gov>
**Sent:** Thursday, May 18, 2023 1:05 PM
**To:** Fortune, Dianna (GOV) <Dianna.Fortune@governor.virginia.gov>
**Subject:** RE: Restoration of Rights research batch

Here you are Dianna.  Have a great day!

Kari

**From:** Fortune, Dianna (GOV) <Dianna.Fortune@governor.virginia.gov>
**Sent:** Thursday, May 18, 2023 11:34 AM
**To:** Jackson, Kari (SCB) <Kari.Jackson@scb.virginia.gov>
**Subject:** RE: Restoration of Rights research batch

Thank you so much!

Have a great day..

-Dianna

**Dianna M. Fortune**
Director of Clemency
Office of the Secretary of the Commonwealth
1111 E. Broad Street , 4th Floor | Richmond, VA 23219
804.225-4912 - direct
804.786.1418 - fax

ROR  00634

dianna.fortune@governor.virginia.gov

**From:** Jackson, Kari (SCB) <Kari.Jackson@scb.virginia.gov>
**Sent:** Thursday, May 18, 2023 10:36 AM
**To:** Fortune, Dianna (GOV) <Dianna.Fortune@governor.virginia.gov>
**Subject:** RE: Restoration of Rights research batch

Good morning Dianna,

Yes ma'am, I believe so.  I'm just wrapping up a large JLARC request and then I believe I should be able to finish up the ROR data and send it over this afternoon.

Kari

**From:** Fortune, Dianna (GOV) <Dianna.Fortune@governor.virginia.gov>
**Sent:** Thursday, May 18, 2023 10:34 AM
**To:** Jackson, Kari (SCB) <Kari.Jackson@scb.virginia.gov>
**Subject:** FW: Restoration of Rights research batch

Good morning Kari – Will you be sending the research back today?

-Dianna

**Dianna M. Fortune**
Director of Clemency
Office of the Secretary of the Commonwealth
1111 E. Broad Street , 4th Floor | Richmond, VA 23219
804.225-4912 - direct
804.786.1418 - fax
dianna.fortune@governor.virginia.gov

**From:** Fortune, Dianna (GOV)
**Sent:** Thursday, May 11, 2023 11:57 AM
**To:** Allen, David (ELECT) <David.Allen@elections.virginia.gov>; Jackson, Kari (SCB) <Kari.Jackson@scb.virginia.gov>; McGuire, Meghan (DBHDS) <meghan.mcguire@dbhds.virginia.gov>; Schein, Christine (DBHDS) <Christine.Schein@dbhds.virginia.gov>; Torres, Angela (DBHDS) <Angela.Torres@dbhds.virginia.gov>; Davis, Sarah (DBHDS) <Sarah.Davis@dbhds.virginia.gov>; Li, Grace (DBHDS) <Grace.Li@dbhds.virginia.gov>; Hatfield, Hanna (VADOC) <Hanna.Hatfield@vadoc.virginia.gov>; Via, Brittney (VADOC) <BRITTNEY.VIA@vadoc.virginia.gov>; Celi, Tama S. (VADOC) <Tama.Celi@vadoc.virginia.gov>; McGehee, Warren B. (VADOC) <Warren.McGehee@vadoc.virginia.gov>
**Subject:** Restoration of Rights research batch

Good morning,
I have attached the next batch of individuals that the SOC needs to be researched for consideration for restoration of rights.  I am requesting for research to be sent back by Wednesday May 17, 2023.

Password will be sent in a separate email.  Let me know if you have any questions.

Thank you in advance.

-Dianna

**Dianna M. Fortune**
Director of Clemency
Office of the Secretary of the Commonwealth
1111 E. Broad Street , 4th Floor | Richmond, VA 23219
804.225-4912 - direct
804.786.1418 - fax
dianna.fortune@governor.virginia.gov

ROR  00635

Compensation Board Response Attachment

ROR  00636

DBHDS response attachment

| Number | Last Name (Petitioner) | First Name (Petitioner) | SSN | Birthday | Legal Status Code | Category | Description |
|---|---|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ | 73 | NGRI | NGRI Finding Date: ███<br>Admit Date: ███<br>Admitting Legal Status: ███<br>Admitting Hospital: ███<br>Court: ███<br>Charges: ███<br>Initial Conditional Release Date: ███<br>CSB: ███<br>Unconditional Release: ███ |
| ███ | | ███ | ███ | | 1A | SVP | 2016 - Declared SVP & Civilly Committed<br>2016 – Admitted to VCBR<br>2022 – Discharged to Conditional Release |
| ███ | | ███ | ███ | | 1A | SVP | 2013 – Declare SVP & Civilly Committed<br>2013 – Admitted to VCBR<br>2021 – Discharged to Conditional Release |

Hawkins_Def_000653

# Exhibit R

**Moon, Jenna (GOV)**

| | |
|---|---|
| **From:** | Restoration of Rights, Office of |
| **Sent:** | Friday, November 4, 2022 3:55 PM |
| **To:** | |
| **Subject:** | RE: Congratulations |

*Pardon Department*

PO Box 2454

Richmond, Virginia 23218

(804)692-2542


www.commonwealth.virginia.gov

**From:**
**Sent:** Friday, November 4, 2022 3:01 PM
**To:** Restoration of Rights, Office of <rormail@governor.virginia.gov>
**Subject:** Re: Congratulations

Yes

On Fri, Nov 4, 2022 at 10:33 AM Restoration of Rights, Office of <rormail@governor.virginia.gov> wrote:

Good Morning,


Please provide your dob and last 4 of your ssn so that I may locate your file.


Best,


*Restoration of Rights*

PO Box 2454

Richmond, Virginia 23218

(804)692-2542

ROR 00062

www.commonwealth.virginia.gov

**From:**
**Sent:** Friday, November 4, 2022 9:06 AM
**To:** Restoration of Rights, Office of <rormail@governor.virginia.gov>
**Subject:** Re: Congratulations

Hello,

I hate to have to bother you, but I received the good news of having my rights resorted and was told I would receive it by mail 7-15 days I believe (I just remember 15 days being the most amount of days) can I please get a update? Does anyone know the actual date it was mailed out? I'm not sure where it's being mailed from but it normally doesn't take this long for me to receive things from Virginia and I'm trying to make sure I don't miss it.

On Mon, Oct 17, 2022 at 3:10 PM                                    > wrote:

Great, thank you so much!

On Mon, Oct 17, 2022 at 1:05 PM Restoration of Rights, Office of <rormail@governor.virginia.gov> wrote:

Hello,

They have been sent, you should expect to receive them in the next 7-15 days. This timeline is due to the nature of physical mail.

Best,

**From:**
**Sent:** Monday, October 17, 2022 12:14 PM
**To:** Restoration of Rights, Office of <rormail@governor.virginia.gov>
**Subject:** Re: Congratulations

ROR 00063

Great, thank you so much! Is it possible someone can let me know when it's sent out so i can be on the lookout

On Thu, Oct 13, 2022 at 12:49 PM Restoration of Rights, Office of <rormail@governor.virginia.gov> wrote:

Hello,

Yes, an official grant order will be sent via mail with your name, the lesser seal of the Commonwealth, as well as the Governor's and Secretary of the Commonwealth's signature.

Best,

*Restoration of Rights*
*Office of the Secretary of the Commonwealth*
*1111 E. Broad Street*
*Richmond, VA 23218*
*804-692-0104*

*804-786-1418 (f)*

Yes an official Grant Order will be sent via mail with your name and the Commonwealth seal.

**From:**
**Sent:** Thursday, October 13, 2022 1:52 AM
**To:** Restoration of Rights, Office of <rormail@governor.virginia.gov>
**Subject:** Re: Congratulations

Hello,

Thanks for notifying me with such amazing news! Will something be mailed to me showing this letter is addressed to me, far as my name etc?

On Wed, Oct 12, 2022 at 6:25 PM Restoration of Rights, Office of <rormail@governor.virginia.gov> wrote:

Congratulations.

Attached is an electronic copy of your letter to restore your rights. In the mail, you will receive a physical copy of this letter, along with your grant order, a voter registration application, and instructions on how to update your Virginia criminal record.

If you would like to register to vote, time is of the essence. Please click here: <u>Virginia Voter Information – Citizen Portal</u> to register.

Sincerely,

*Restoration of Rights*
*Office of the Secretary of the Commonwealth*
*<u>1111 E. Broad Street</u>*
*<u>Richmond, VA 23218</u>*
*804-692-0104*

*804-786-1418 (f)*

ROR 00065

Hawkins_Def_000081

# Exhibit S

**Moon, Jenna (GOV)**

| | |
|---|---|
| **From:** | Restoration of Rights, Office of |
| **Sent:** | Thursday, November 3, 2022 1:51 PM |
| **To:** | |
| **Subject:** | RE: Found Multiple Contacts |

Good Afternoon,

Are you aware that your rights were restored in 2015? If you haven't reoffended I can send you a copy of your grant.

Best,

Restoration of Rights
PO Box 2454
Richmond, Virginia 23218
(804)692-2542

www.commonwealth.virginia.gov

-----Original Message-----
From:                                    >
Sent: Thursday, November 3, 2022 10:37 AM
To: Restoration of Rights, Office of <rormail@governor.virginia.gov>
Subject: Found Multiple Contacts

During process to restore rights, I got an alert to email office with my correct info. Here it is:

Sent from my iPhone

ROR 00044

# Exhibit T



ROR_00661

Hawkins_Def_000677





ROR 00663

Hawkins_Def_000679



Hawkins_Def_000680



Hawkins_Def_000681



ROR_00666

Hawkins_Def_000682



ROR 00687

Hawkins_Def_000683



ROR 00676

Hawkins_Def_000692



Hawkins_Def_000693



Hawkins_Def_000694





Hawkins_Def_000696



Hawkins_Def_000697

# Exhibit U



# COMMONWEALTH of VIRGINIA

<table>
<tr><td>HAROLD W CLARKE<br>DIRECTOR</td><td align="center">*Department of Corrections*</td><td align="right">P.O. BOX 26963<br>RICHMOND, VIRGINIA 23261<br>(804) 674-3000</td></tr>
</table>

December 9, 2022

## MEMORANDUM

TO:      All Unit Heads

FROM:    A. David Robinson
             Chief of Corrections Operations

             H. Scott Richeson
             Deputy Director of Programs, Education and Reentry

SUBJECT:    Restoration of Rights Form Update and Acknowledgment Form

The Office of the Secretary of the Commonwealth has recently made changes to the Restoration of Rights Form. A copy of the revised form is attached. Effective immediately, ensure the updated application form is used and dispose of any remaining copies of the previous form.

At the time of release from a correctional center, community corrections alternative program and at intake to probation and parole, staff are to provide each individual with a copy of the form and ensure the individual signs the Acknowledgment of Restoration of Rights Application Form (attached). The signed completed document needs to be uploaded to VACORIS.

The Restoration of Rights Form has already been updated in the Reentry Resource Packet, page 42, found on the VADOC website: https://vadoc.virginia.gov/media/1510/reentry-resource-packet. If you have any printed copies of the now outdated Reentry Resource Packet, please ensure the old copies are disposed of and that the version with the new form is exclusively used.

The Restoration of Rights form may also be found on the Secretary of the Commonwealth's website: https://www.restore.virginia.gov/.

If you have any questions please contact Jessica Lee, Reentry Services Administrator at Jessica.Lee@vadoc.virginia.gov or (434) 532-2082.

cc:     Regional Operations Chiefs
        Regional Administrators
        Jerry Fitz, Corrections Operations Administrator
        James Parks, Director of Offender Management Services
        Jessica Lee, Reentry Services Administrator

ROR 00076



# COMMONWEALTH of VIRGINIA

*Department of Corrections*

HAROLD W. CLARKE
DIRECTOR

P.O. BOX 26963
RICHMOND, VIRGINIA 23261
(804) 674-3000

## Acknowledgment of Restoration of Rights Application Form

I, _____, _____, acknowledge
                 Print Name                   DOC Number

that I have received the Virginia Restoration of Rights Application Form. I
understand that to apply for my rights to be restored and/or check on the status
of my rights, I must complete and submit the Restoration of Rights
Application.

_____     _____

Inmate/Probationer/ Parolee Signature     Date

_____     _____

Witness Signature     Date

DOC Staff – upload signed form into VACORIS

12/10/2022

ROR 00077