UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| **GEORGE HAWKINS** </br></br> **Plaintiffs,** </br></br> v. </br></br> **GLENN YOUNGKIN, in this official capacity as Governor of Virginia, and KAY COLES JAMES, in her official capacity as Secretary of the Commonwealth of Virginia** </br></br> **Defendants.** | Civil Action No. 3:23-cv-00232 |

## DECLARATION OF GEORGE HAWKINS

I, George Barry Hawkins, Jr., hereby declare:

I make this declaration based on my personal knowledge and if called to testify I could and would do so competently as follows:

1. My name is George Barry Hawkins, Jr. I was born on March 11, 1992, and I am currently 31 years old. I am a United States citizen and a resident of Richmond, Virginia. I have never been declared mentally incapacitated by any court.

2. In 2010, I was convicted of a felony in Virginia state court when I was 17 years old. After thirteen years in prison, I was released on May 3, 2023.

3. Because I was convicted as a juvenile, I have never been eligible to vote in my life, and I have never voted.

4. I want to register and vote in future primary and general elections in the Commonwealth of Virginia for candidates of my choice and state constitutional amendments, to

express my political preferences, and to support and associate with political parties in order to advance their goals.

5. Last year, I applied for voting rights restoration twice. The first time I applied was in early May 2023. My first rights restoration application was denied by Governor Glenn Youngkin. I cannot remember exactly what the Secretary of the Commonwealth's rights restoration online portal said, but I am almost certain that it did not say I was "ineligible."

6. In June 2023, I submitted a second rights restoration application. Then in July, the rights restoration online portal showed that my application was "pending." A screenshot that I took of the portal is attached as Exhibit A. Some time after that, my status changed. The portal showed that I was "ineligible at this time" and that the "date closed" for my application was August 17, 2023. A screenshot that I took of this new status is attached as Exhibit B. The portal did not state why I was "ineligible" for voting rights restoration, when (if ever) my application may be deemed eligible, or what conditions I must meet for my application to be deemed eligible.

7. I know from my attorneys that the Governor's lawyers notified the Court on October 4, 2023 that on that day they "learned that [my] application for re-enfranchisement ha[d] been deemed 'ineligible at this time.'"

8. I recently checked the rights restoration portal again, and it still reflects a date closed of "August 17, 2023" and that I am "ineligible at this time." A screenshot that I took on Sunday January 28, 2024 is attached as Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31ST day of January, 2024.

_____

# EXHIBIT A



Commonwealth / Applications / Restoration Of Rights

# Restoration of Rights

We found the following records on file with our office. Click the status link to view an explanation of the record. If you have a pending record, please click "Update" in order to verify your information and request expedited review to have your rights restored.

| First Name | Last Name | Date of Birth | Status | Date Closed |
|---|---|---|---|---|
| George | Hawkins | 3/11/1992 | Pending | N/A |

← Back to Search

SECRETARY OF THE COMMONWEALTH

# EXHIBIT B



Commonwealth / Applications / Restoration Of Rights

# Restoration of Rights

We found the following records on file with our office. Click the status link to view an explanation of the record. If you have a pending record, please click "Update" in order to verify your information and request expedited review to have your rights restored.

| First Name | Last Name | Date of Birth | Status | Date Closed |
|---|---|---|---|---|
| George | Hawkins | 3/11/1992 | Ineligible at this time | 8/17/2023 |

If your circumstances have changed from the date the record was closed, you may request restoration using the button below. A change in circumstances may include reoffending after previously having your rights restored or not meeting the restoration criteria at the time

# EXHIBIT C

