IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GEORGE HAWKINS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:23-cv-232-JAG |
| GLENN YOUNGKIN, Governor of Virginia, in his official capacity, et al., | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
UNDER FEDERAL RULE OF CIVIL PROCEDURE 56**

Glenn Youngkin and Kelly Gee (collectively, the Defendants), by counsel and pursuant to Rule 56, hereby move this Honorable Court to enter summary judgment for the Defendants on the claims brought against them by Plaintiff George Hawkins. In support, the Defendants rely on the Memorandum in Support and accompanying Exhibits filed herewith.

| Dated: February 14, 2024 | Respectfully submitted, |
|---|---|
| | GLENN YOUNGKIN<br>KELLY GEE |
| | By:    */s/ Andrew N. Ferguson*<br>    Andrew N. Ferguson (VSB #86583)<br>      *Solicitor General* |
| Charles J. Cooper (*Pro Hac Vice*)<br>Haley N. Proctor (VSB #84272)<br>Joseph O. Masterman (*Pro Hac Vice*)<br>John D. Ramer (*Pro Hac Vice*)<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>Tel: (202) 220-9600<br>Fax: (202) 220-9601<br>ccooper@cooperkirk.com<br><br>*Counsel for Defendants Glenn Youngkin and Kelly Gee* | Jason S. Miyares<br>  *Attorney General*<br><br>Steven G. Popps (VSB #80817)<br>  *Deputy Attorney General*<br><br>Erika L. Maley (VSB #97533)<br>  *Principal Deputy Solicitor General*<br><br>Kevin M. Gallagher (VSB #87548)<br>  *Deputy Solicitor General*<br><br>Office of the Attorney General<br>202 North Ninth Street<br>Richmond, Virginia 23219<br>(804) 786-2071 – Telephone<br>(804) 786-1991 – Facsimile<br>AFerguson@oag.state.va.us |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on February 14, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties of record.

          */s/ Andrew N. Ferguson*
          Andrew N. Ferguson (VSB #86583)
            *Solicitor General*