# EXHIBIT 2



# COMMONWEALTH of VIRGINIA
## Office of the Governor

Glenn Youngkin
Governor

February 16, 2023

Congratulations! I am pleased to inform you that Governor Glenn Youngkin has restored your rights to vote, to become a notary public, to serve on a jury, and to hold public office. This letter has been provided to you in physical and electronic forms if you provided us with your email address. Enclosed is your official restoration order that will serve as documentation of Governor Youngkin's decision on your behalf. Please keep the order in a safe place as duplicates cannot be issued.

Your prior conviction no longer restricts your right to register to vote, become a notary public, serve on a jury, or hold public office. **All Virginians must be registered to vote in order to cast a ballot.** You may register to vote online by visiting the Virginia Department of Elections' Citizen Portal https://vote.elections.virginia.gov or by completing the enclosed voter registration form.

Please note this restoration does not change any other legal restrictions or requirements imposed by your conviction. In addition, this action does not restore the right to ship, transport, possess or receive firearms, which must be restored by a court in accordance with Va. Code §18.2-308.2.

If you have any questions regarding rights restoration, please contact the Restoration of Rights Office for the Secretary of the Commonwealth at (804) 692-0104 or visit our website for more information www.restore.virginia.gov. Governor Youngkin firmly believes in the grace of second chances and looks forward to your civic participation.

Sincerely,

Kay Coles James
Secretary of the Commonwealth

Patrick Henry Building • 1111 East Broad • Richmond, Virginia 23219
(804) 786-2211 • TTY (800)828-1120
www.governor.virginia.gov

ROR 00014

Hawkins_Def_000030