**EXHIBIT 3**

**For Immediate Release:** October 21, 2022
**Contacts:** Office of the Governor: Macaulay Porter, Macaulay.Porter@governor.virginia.gov



# Governor Glenn Youngkin Announces the Restoration of Rights for over 800 Formerly Incarcerated Virginians

**RICHMOND, VA** — Governor Glenn Youngkin announced that civil rights have been restored to over 800 Virginians. Rights were restored for approved individuals last week in order to ensure those who are interested in voting in the November 8th election could register to do so before Monday's registration deadline.

"Second chances are essential to ensuring Virginians who have made mistakes are able to move forward toward a successful future. I am proud of the efforts made by these formerly incarcerated Virginians to regain their civil rights," **said Governor Glenn Youngkin.** "I applaud those who have committed to starting fresh with renewed values and a will to positively contribute to our society."

"Civil rights are fundamental to active participation in one's government," **said Secretary Kay Coles James.** "Governor Youngkin strongly believes in the grace of second chances, and our team has given personal consideration to each approved candidate. We are committed to continuing our strong efforts for the fair consideration of all applicants."

The administration will continue to restore rights on an ongoing basis. Individuals who want more information or would like to apply to have their rights restored should visit: www.restore.virginia.gov

Applicants waiting for rights to be restored may check the status of their application online.

### # # #


ROR 00010

Hawkins_Def_000026