IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GEORGE HAWKINS
        Plaintiffs,

v.                                              Civil Action No. 3:23cv232

GLENN YOUNGKIN, in his official
Capacity as Governor of Virginia &
KELLY GEE, in her official
Capacity as Secretary of the
Commonwealth of Virginia,
        Defendants.

## ORDER

This matter comes before the Court on the unopposed motion requesting judicial notice filed by the plaintiff, George Hawkins. (ECF No. 49.) Hawkins asks the Court to take judicial notice of "publicly available documents and information created, posted, published, and/or maintained" by the defendants. (*Id.* at 1.)

Specifically, Hawkins requests judicial notice of the following: (1) information from the Commonwealth of Virginia's official restoration of rights homepage (the "website"); (2) information from the website's "Frequently Asked Questions" webpage; (3) information from the website's "Restoration of Rights Process" webpage; (4) The Office of the Governor's List of Pardons, Commutations, Reprieves and Other Forms of Clemency to the General Assembly of Virginia, Senate Document No. 2, dated January 15, 2023; and (5) two of Governor Glenn Youngkin's announcements of additional administration and board appointments, dated September 29, 2023, and October 13, 2023.

Upon due consideration, the Court GRANTS the motion. (ECF No. 49.)

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 6 March 2024
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge