UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| GEORGE HAWKINS ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GLENN YOUNGKIN, in his official ) <br> capacity as Governor of Virginia, and ) <br> KELLY GEE, in her official ) <br> capacity as Secretary of the Commonwealth ) <br> of Virginia ) <br> ) <br> Defendants. ) | Civil Action No. 3:23-cv-00232 |

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION REQUESTING JUDICIAL NOTICE OF 2024 SENATE DOCUMENT NO. 2**

Plaintiff, by and through his undersigned counsel, requests that this Court, pursuant to Rule 201 of the Federal Rules of Evidence, take judicial notice of the following Exhibit A relevant to the parties' pending cross-motions for summary judgment, and in support states as follows:

**A.    Information and Document Subject to Plaintiff's Motion Requesting Judicial Notice**

1.    The Office of the Governor's List of Pardons, Commutations, Reprieves and Other Forms of Clemency to the General Assembly of Virigina, Senate Document No. 2, dated March 7, 2024, available at https://rga.lis.virginia.gov/Published/2024/SD2 and https://rga.lis.virginia.gov/Published/2024/SD2/PDF, a true and correct copy of which is attached as **Exhibit A**.

1

B.     **Basis for Motion Requesting Judicial Notice**

1.     On February 5, 2024, Plaintiff filed a Motion Requesting Judicial Notice of Information Relevant to Summary Judgment, including the Office of the Governor's List of Pardons, Commutations, Reprieves and Other Forms of Clemency to the General Assembly of Virginia, Senate Document No. 2, dated January 15, 2023. ECF No. 49-50, 50-4.

2.     On March 6, 2024, the Court granted Plaintiff's original Motion requesting judicial notice. ECF No. 74.

3.     Also on March 6, 2024, the parties completed briefing on their cross-motions for summary judgment.

4.     The next day, on March 7, 2024, Defendants published the Office of the Governor's List of Pardons, Commutations, Reprieves and Other Forms of Clemency to the General Assembly of Virginia, Senate Document No. 2, for the period January 17, 2023, to January 16, 2024. *See supra* at ¶ 1, Ex. A.

5.     On April 17, 2024, counsel for the Plaintiff emailed counsel for the Defendants providing notice of Plaintiff's intent to ask the Court to take judicial notice of the document and information contained in Exhibit A. Counsel for the Plaintiff provided counsel for the Defendants with the identical hyperlinks as provided above and an identical copy of the document marked as Exhibit A.

6.     On April 18, 2024, counsel for the Defendants confirmed that Defendants do not object to Plaintiff's request.

7.     Facts that are "not subject to reasonable dispute" insofar as they "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned" are subject to judicial notice. Fed. R. Evid. 201(b).

8. Indeed, courts "routinely take judicial notice of information contained on state and federal government websites." *U.S. v. Garcia*, 855 F.3d 615, 622 (4th Cir. 2017) (taking judicial notice of a portion of USCIS's website); *see also Hall v. Virginia*, 385 F.3d 421, 424 n.3 (4th Cir. 2004) (taking judicial notice of statistics on Virginia Division of Legislative Services website); *see also J.E.C.M. by and through Saravia v. Marcos*, 2023 WL 5767321, * 16, -- F.Supp. 3d--, Case No. 18-cv-903 (LMB/IDD) (Aug. 29, 2023 E.D.V.A.-Alexandria Div.) (taking judicial notice of current policy guide available on the Health and Human Services' public website).

9. Here, the document and information subject to this Motion is publicly available on an official government website, and was created, posted, published, and/or maintained by the Defendants.

10. Because the document and information at issue is publicly available on an official government website, the facts contained therein are not subject to reasonable dispute and this Court may accurately and readily determine the facts at issue—specifically, the names and number of individuals for whom Governor Youngkin restored civil rights in 2023.

11. Indeed, the Court has already taken judicial notice of the prior year's Senate Document No. 2. *See* ECF Nos. 50-4 and 74.

12. For completeness of the record before the Court, Plaintiff now requests that this Court take judicial notice of this year's Senate Document No. 2, which was published after (i) Plaintiff's original request for judicial notice; (ii) this Court's order granting Plaintiff's original request; and (iii) the conclusion of the parties' summary judgment briefing.

13. Plaintiff contends that Exhibit A is relevant to the parties' pending cross-motions for summary judgment and may rely on some or all of the information contained in Exhibit A in

support of his Motion for Summary Judgment and/or in opposition to Defendants' cross-motion, including, but not limited to, the names and number of individuals to whom Governor Youngkin restored civil rights in 2023.

### C.      Relief Requested

Accordingly, for the foregoing reasons, Plaintiff respectfully requests that the Court grant his Motion Requesting Judicial Notice of Exhibit A.

Dated: April 18, 2024

Respectfully submitted,

*/s/ Victor M. Glasberg*
Victor M. Glasberg (VSB No. 16184)
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA 22314
P: (703) 684-1100
F: (703) 684-1104
vmg@robinhoodesq.com

Fair Elections Center
1825 K St. NW, Suite 701
Washington, DC 20006
P: (202) 331-0114

*/s/ Jonathan L. Sherman*
Jonathan Lee Sherman, Esq.
(D.C. State Bar No. 998271)
jsherman@fairelectionscenter.org
*Admitted pro hac vice*

Michelle Elizabeth Kanter Cohen, Esq.
(D.C. State Bar No. 989164)
mkantercohen@fairelectionscenter.org
*Admitted pro hac vice*

Beauregard William Patterson, Esq.
(WI State Bar No. 1102842)
bpatterson@fairelectionscenter.org
*Admitted pro hac vice*

Nina G. Beck, Esq.
(WI State Bar No. 1079460)
nbeck@fairelectionscenter.org
*Admitted pro hac vice*

*Counsel for Plaintiff George Hawkins*